Filed by _____ D.C.

ELECTRONIC

**Nov. 19, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JOEL MENENDEZ,

                Plaintiff,

vs.

AMERICAN SECURITY INSURANCE
COMPANY and SELECT PORTFOLIO
SERVICING, INC.,

                Defendants.

_____/

Case No.: _____

(Formerly Miami-Dade County Circuit Court
Case No: 09-66780CA05)

# 09-23516-Civ-Hoeveler/Turnoff

**DEFENDANT AMERICAN SECURITY INSURANCE COMPANY'S
NOTICE OF REMOVAL**

Defendant American Security Insurance Company ("American Security"), pursuant to 28 U.S.C. § 1446 and through its undersigned attorneys, removes this cause from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, in which it is now pending, to the United States District Court for the Southern District of Florida. In support hereof, American Security states as follows:

    **A.**    ***Factual Predicate***

On or about September 10, 2009, Plaintiff, Joel Menendez ("Plaintiff") filed this civil action against American Security and Select Portfolio Servicing, Inc. ("Select Portfolio"). Plaintiff filed this lawsuit in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Civil Case No. 09-66780CA05. Plaintiff has asserted a cause of action against American Security for alleged breach of contract.

American Security, through its registered agent, was first served with Plaintiff's Complaint on October 20, 2009. A copy of the Summons is attached hereto as **Composite Exhibit "1"**. A copy of the Service of Process Form is attached hereto as **Composite Exhibit**

1

Greenberg Traurig, P.A. | Attorneys at Law | 401 East Las Olas Boulevard | Suite 2000 | Fort Lauderdale, FL 33301 | Tel 954.765.0500 | Fax 954.765.1477 | www.gtlaw.com

1 of 71

"1".

### B. *Diversity Jurisdiction Exist*

This Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff (who is a citizen of Florida) and Defendants American Security (which is a citizen of Georgia) and Select Portfolio (which is a citizen of Utah) and the amount in controversy allegedly exceeds $75,000, exclusive of interest and costs.

Plaintiff is a citizen of the State of Florida. Plaintiff admits in the Complaint that he resides in Miami-Dade County, Florida. *See* Compl. ¶ 2, attached hereto as **Composite Exhibit "1"**.

American Security is a Delaware corporation with its principal place of business located at 260 Interstate North Cir., SE, Atlanta, Georgia, 30339. *See* printout from Florida Department of State, Division of Corporations' website, a true and correct copy of which is attached hereto as **Exhibit "2"**.

Select Portfolio is a Utah corporation with its principal place of business located at 3815 S. West Temple, Salt Lake City, Utah, 84115. *See* printout from Utah Department of Commerce, Business Entity Search website, a true and correct copy of which is attached hereto as **Exhibit "3"**.

American Security reasonably believes that the purported damages claimed by Plaintiff exceed the requisite amount in controversy, as Plaintiff submitted to American Security's counsel an estimate of the alleged damages totaling $217,333.70, of which more than $75,000 remains in dispute. *See* Declaration of David O. Batista ¶ 3, Ex. A. The Batista Declaration is attached hereto as **Exhibit "4."** Accordingly, the minimum amount in controversy for diversity jurisdiction is met.

2

Greenberg Traurig, P.A. | Attorneys at Law | 401 East Las Olas Boulevard | Suite 2000 | Fort Lauderdale, FL 33301 | Tel 954.765.0500 | Fax 954.765.1477 | www.gtlaw.com

2 of 71

### C. _Procedural Compliance_

As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in this matter in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, that were served upon American Security are attached as **Composite Exhibit "1"**. The Notice of Removal is being filed within 30 days after service of Plaintiff's Complaint upon American Security, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b). As required by 28 U.S.C. § 1446(d), written notice of the filing of this notice of removal will be given to Plaintiff and Defendant Select Portfolio, and will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

### D. _Consent of Co-Defendant_

Counsel for American Security has conferred with counsel for Defendant Select Portfolio, who consents to the removal of this matter. No admission of fact, law or liability is intended by this notice of removal, and all defenses, affirmative defenses and motions are hereby reserved.

**WHEREFORE**, Defendant American Security Insurance Company respectfully requests that the aforesaid action now pending against Defendants in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade, Florida, Case No. 09-66780CA05, be removed to this Honorable Court.

3

Respectfully submitted,

GREENBERG TRAURIG, P.A.
*Attorneys for Defendant American Security*
*Insurance Company*
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477

By:_____
    WILLIAM R. CLAYTON
    *claytonw@gtlaw.com*
    Florida Bar No. 0485977
    DAVID O. BATISTA
    *batistad@gtlaw.com*
    Florida Bar No. 175803
    SARA LEVY
    *levysa@gtlaw.com*
    Florida Bar No. 0023767

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via facsimile and U.S. Mail to: **Kenneth R. Duboff, Esq.**, LAW OFFICE OF KENNETH R. DUBOFF, P.A., 12430 West Dixie Highway, North Miami, Florida 33161, and to **Jeffrey S. Lapin, Esq.**, LAPIN & LEICHTLING, LLP, 255 Alhambra Circle, Suite 800, Coral Gables, Florida 33134, on this 19 day of November, 2009.

_____
    SARA LEVY

*FTL 107,496,405v1 067871015000*

4



**CORPORATION SERVICE COMPANY'**

# Notice of Service of Process

**AL2 / ALL**
**Transmittal Number: 7075495**
**Date Processed: 10/20/2009**

Primary Contact:

Ms. Susan Small
Assurant Group
260 Interstate North Circle NW
Atlanta, GA 30339-2111

| | |
|---|---|
| **Entity:** | American Security Insurance Company<br>Entity ID Number  1874436 |
| **Entity Served:** | American Security Insurance Company |
| **Title of Action:** | Joel Menendez vs. American Security Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court:** | Miami-Dade County  Circuit Court, Florida |
| **Case Number:** | 09-66780 CA 05 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 10/20/2009 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Electronic SOP |
| Sender Information: | Kenneth R. Duboff<br>305-899-0085 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

**Exhibit  1**

**ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services

09-56936

JOEL MENENDEZ,

PLAINTIFF(S),

VS.

AMERICAN SECURITY INSURANCE COMPANY
and SELECT PORTFOLIO SERVICING, INC..

DEFENDANT(S).
_____/

SUMMONS, COMPLAINT, DOCUMENTS,

CASE #:      09 66780 CA 05
COURT:    CIRCUIT COURT
COUNTY:  MIAMI-DADE
DFS-SOP#: 09-56936

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial
Officer of the State of Florida. Said process was received in my office by MAIL on the 19th day
of October, 2009 and a copy was forwarded by Electronic Delivery on the 20th day of October,
2009 to the designated agent for the named entity as shown below.

    AMERICAN SECURITY INSURANCE COMPANY
    LYNETTE COLEMAN  (gbarber@cscinfo.com)
    CORPORATION SERVICE COMPANY
    1201 HAYS STREET
    TALLAHASSEE FL 32301

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any
subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

KENNETH R. DUBOFF
12430 WEST DIXIE HIGHWAY
NORTH MIAMI FL 33161

JGJ

Division of Legal Services - Service of Process Section
200 East Gaines Street  - P.O. Box 6200 - Tallahassee, Florida 32314-6200  - (850) 413-4200  - Fax (850) 922-2544

6 of 71

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

JOEL MENENDEZ

          Plaintiff,

vs.

CASE NO. 09 - 66780 CA 05

AMERICAN SECURITY INSURANCE
COMPANY and SELECT PORTFOLIO
SERVICING, INC..

          Defendant.

## SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of the State:
You ARE COMMANDED to serve this summons and a copy of the complaint or petition in this
action on defendant:

by serving:
at:

    **AMERICAN SECURITY INSURANCE COMPANY**
    **Florida Chief Financial Officer as RA**
    **Service of Process Section**
    **PO Box 6200**
    **Tallahassee, Florida 32314-6200**

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's
Attorney whose name and address is:

    **Kenneth R. Duboff, Esq.**
    **12430 West Dixie Highway**
    **North Miami, Florida 33161**

within 20 days after service of this summons on that defendant, exclusive of the day of service, and
to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's
attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that
defendant for the relief demanded in the complaint of petition.

               SEP 1 0 2009

    **Dated:**_____

               **CLERK OF COURTS**

               **BY:** _____CRAIG RIEGELHAUPT_____
                    **DEPUTY CLERK**

**COURT SEAL**

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

JOEL MENENDEZ,

CASE NO. 09 -66780 **CA 05**

Plaintiff,

Fla Bar # 218261

vs.

AMERICAN SECURITY INSURANCE
COMPANY and SELECT PORTFOLIO
SERVICING, INC..

Defendant

## COMPLAINT

COME NOW Plaintiff,  by and through the undersigned attorneys, and hereby sues Defendant, AMERICAN SECURITY INSURANCE COMPANY and SELECT PORTFOLIO SERVICING, INC, and alleges:

1.      This is an action for damages in excess of $15,000.00

2.      At all times material hereto, Plaintiff was and is a resident of Miami-Dade County, Florida and otherwise sui juris.

3.      At all times material hereto, Plaintiff is the owner of the dwelling located at  located at 15337 SW 139th Court, Miami, FL 33177 (hereafter called the "property")

4.      At all times material hereto, Defendant, SELECT PORTFOLIO SERVICING, INC., was and is the holder of a certain mortgage encumbering the property.

5.      That Defendant, SELECT PORTFOLIO SERVICING, INC., is named as a party defendant in this action solely because it is a named insured under the subject insurance policy sued upon herein.

6.      At all times material hereto, Defendant,  AMERICAN SECURITY INSURANCE COMPANY  is an insurer in Florida.

7.      At all times material hereto, Plaintiff, as the owner of the property, had an "insurable interest" therein as defined under §627.405 Fla. Stat.; to wit: an actual, lawful, and substantial economic interest in the safety or preservation of the property from loss, destruction, or pecuniary

damage or impairment.

8.      At all times material hereto, in consideration of a premium paid by on or behalf of Plaintiff, there was in full force and effect a certain insurance policy, being Policy number ALR214692800 and/or ALT07552146928 (hereafter called the "Policy"). Plaintiff does not have a true and complete copy of the Policy, but Defendant has a true and correct copy of the Policy. Plaintiff reserves the right to supplement this Complaint by filing a true and correct copy of the policy upon receipt from Defendant pursuant to discovery in this action. .

9.      Plaintiff is an additional insured under the policy. Attached hereto as Exhibit "A," is a true and correct copy of the additional insured endorsement

10.     Under the terms of the policy, Defendant, AMERICAN SECURITY INSURANCE COMPANY  is obligated to pay insurance benefits for covered losses to Plaintiff and/or SELECT PORTFOLIO SERVICING, INC., respectively, as their interests appear.

11.     On or about 1/28/09, while the Policy was in full force and effect, the property suffered a covered loss; to wit: theft and vandalism (hereafter the "loss").

12.     Defendant, AMERICAN SECURITY INSURANCE COMPANY  assigned claim number 00100666487 to the loss.

13.     Defendant, AMERICAN SECURITY INSURANCE COMPANY investigated the loss and acknowledged coverage for the loss in an amount unilaterally determined by said Defendant to be the total amount of the loss. Attached hereto as Exhibit "B," is a true and correct copy of the insurance check issued by said Defendant.

14      Any insurance payments made, or to be made, to Defendant, SELECT PORTFOLIO SERVICING, INC., under the terms of the policy, inure to the benefit of Plaintiff by either serving to reduce the principal mortgage obligation owed by Plaintiff to Defendant, SELECT PORTFOLIO SERVICING, INC., or for use to make necessary repairs and replacements to the damaged property owned by Plaintiff..

15.     Defendant, AMERICAN SECURITY INSURANCE COMPANY has breached the insurance policy contract by failing to pay the full insurance proceeds due Plaintiff and/or Defendant, SELECT PORTFOLIO SERVICING, INC., as their interests appear.

16.     Defendant, SELECT PORTFOLIO SERVICING, INC., has not brought suit to recover damages by reason of said breach and is therefore being named as a party defendant solely

because it is a named insured under the subject insurance policy sued upon herein and its interests are involved in this action..

17.     As a direct and proximate result of the foregoing, Plaintiff sustained a loss, destruction, and pecuniary damage or impairment to Plaintiff's insurable interest in and to the property for which Plaintiff is entitled to be indemnified

18.     Plaintiff has performed all conditions precedent for the filing of this action or any and all conditions precedent have been otherwise met or waived.

19.     Plaintiff has been obligated to engage the undersigned attorneys for the prosecution of this action and are entitled to a reasonable attorneys fee thereby pursuant to Fla. Stat. §627.428 against, Defendant, AMERICAN SECURITY INSURANCE COMPANY

WHEREFORE, Plaintiff sues Defendant, AMERICAN SECURITY INSURANCE COMPANY for an amount in excess of $15,000.00 to be paid under the terms of the policy to Defendant, SELECT PORTFOLIO SERVICING, INC., and/or Plaintiff, respectively, as their interests appear, and for prejudgment interest, court costs and reasonable attorney's fees pursuant to pursuant to Fla. Stat. §627.428.

LAW OFFICE OF KENNETH R. DUBOFF. P.A.
ATTORNEY FOR PLAINTIFF
12430 WEST DIXIE HIGHWAY
NORTH MIAMI, FLORIDA 33161
TELEPHONE   (305)-899-0085
FAX NO.       (305) 899-0091

BY:_____
        KENNETH R. DUBOFF

11/30/2009 10:59 FAX  7149372824                Lender Place OP                                      ☒ 0017007

SFD      OWNER OCCUPIED

| AGENCY | | | |
|---|---|---|---|
| Master | Sub | Minor | State |
| 05369 | 0009 | 0000 | FL |

**American Security Insurance Company**
PO BOX 50355, ATLANTA, GA 30302
770-763-1000                              POLICY NUMBER:  ALR07552145928
RESIDENTIAL PROPERTY
**ADDITIONAL INSURED ENDORSEMENT**

ADDITIONAL INSURED -Name and Address (Street No., City, State, Zip)     NAMED INSURED MORTGAGEE-Name and Address

JOEL MENENDEZ
19800 SW 130TH AVE
MIAMI, FL  33177

SELECT PORTFOLIO SERVICING, INC.
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 7277
SPRINGFIELD, OH  45501-7277

LOAN NUMBER:  0011198409

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD  ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE: 04/01/2008   EXPIRATION DATE: 04/01/2009 | Dwelling | $249,400 | $5,457.00 |
| EFFECTIVE TIME:  NOON ☐        12:01 A.M. ☒ | | | |
| DESCRIBED LOCATION (if different from mailing address above) | | | |
| 15937 SW 139TH COURT<br>MIAMI, FL  33177 | | | |
| | | | |
| | | | |
| | CPIC ASSESSMENT | 0.01400 | $76.40 |
| | CPIC ASSESSMENT REGU | 0.00800 | $43.66 |
| | FHCF ASSESSMENT | 0.01000 | $54.57 |
| | | | |
| | ANNUAL PREMIUM AMOUNT | | $5,457.00 |
| | ANNUAL TOTAL CHARGED | | $5,631.63 |

Forms and endorsements which are made a part of this policy at time of issue:

MSP-RES(5-91),MSP-RES(5-88),MSP-RES-FL-SH(01/07),MSP-RES-FLAEND(01/07),CP13000A-P(6-05)
NS701(9/07)

Subject to the terms and provisions of the Mortgage Service Program, including but not limited to the Residential Property coverage
form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an
Additional Insured with respect to such property, subject to the following additional provisions:

a.  The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance
including receipt of Notice of Cancellation, and return premium, if any

b.  The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the
insurance afforded.

c.  Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their
interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named
Insured Mortgagee and the Additional Insured, at our option.

Deductibles - applies separately to each building or structure, per loss: $500 Occupied $1,000 Vacant or Unoccupied

A deductible of 2 % of the Coverage Amount or $2,000, whichever is greater, applies for loss caused
by the perils of Windstorm or Hail.

A deductible of 2% of the Coverage Amount or $2,000, whichever is greater, applies
for loss caused by the peril of Hurricane.

ALL OTHER INQUIRIES: 1-800-641-2754            CLAIMS INFORMATION ONLY: 1-800-326-2845

## "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU"

Agency at                                      Issue Date
                                               08/07/2008
PMS-A FL 0906                                                          GE3381
                                                                       04/24/07

"A"

**AMERICAN SECURITY INSURANCE COMPANY**

11122 Quail Roost Drive
Miami, Florida 33157-6596
(305) 253-2244 / FAX (305) 252-6987

JPMORGAN CHASE BANK, N.A.
Syracuse, New York

Check #     62131803
Date Issued    05/29/2009

PAY   \*\*\*\*\*12,652.51

Pay to
the Order
of:   SELECT PORTFOLIO SERVICING IN
AND JOEL MENENDEZ

VOID RECEIVED JUN 0 5 2009

**PAY:** Twelve Thousand Six Hundred Fifty Two and 51/100 Dollars

Insured:   JOEL MENENDEZ
Claimant:   JOEL MENENDEZ
Policy #   ALR121462800
Claim No:   00100666487
Cause Of Loss:   THEFT

Payment Type:
Sys Producer Code: 0X2000
Date Of Loss:   01/27/2009

"00021318803"  :021309379:  801"8"0713

CLAIM NO:   00100666487
NUMBER   ALR121462800
COVERAGE   IMSP Dwelling Extended Coverage
INSURED NAME:   JOEL MENENDEZ

LOAN NO:   0011196209
OPERATOR ID:   CA000Z

BELOW IS A BREAKDOWN OF THE PAYMENT AMOUNT:
REPAIR/REPLACEMENT:   12,652.51
LESS RECOVERABLE DEPRECIATION .00
LESS NON-RECOVERABLE DEPRECIATION .00
LESS RECOVERABLE OVERHEAD & PROFIT .00
LESS DEDUCTIBLE .00
PAYMENT AMOUNT:   12,652.51
MEMO:

Mail
To:   SPS - SELECT PORTFOLIO SERVICING
P.O. BOX 6501
SPRINGFIELD, OH 45501-6501

Check #   62131803

"B"

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

JOEL MENENDEZ,                                    CASE NO.  09-66780 CA05

                Plaintiff,

vs.

AMERICAN SECURITY INSURANCE
COMPANY and SELECT PORTFOLIO
SERVICING, INC.,

                Defendant.

## NOTICE OF SERVICE OF
## INTERROGATORIES TO RESPONDENT
*Florida Bar #218261*

      COMES NOW the Petitioner(s) by and through the undersigned attorneys, and
pursuant to the applicable rules of civil procedure, hereby files this Notice of Service of
Interrogatories upon  Respondent to be answered, under oath, within the time
prescribed by said rules.

### CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that on this **2nd** day of **November**, 2009, a true and
correct copy of the foregoing  was ☒ faxed; ☐ hand delivered; ☒ mailed by US Mail, to: Sara
Levy, Esq., Greenberg Traurig, P.A., (Fax No. (954) 765-1477), 401 East Las Olas Blvd., Suite
2000, , Fort Lauderdale, Florida,  33301 and Jeffrey S. Lapin, Esq., LAPIN & LEICHTLING,
LLP, 255 Alhambra Circle, Suite 800, Coral Gables, FL 33134

                                LAW OFFICE OF KENNETH R. DUBOFF, P.A.
                                ATTORNEY FOR PETITIONER
                                12430 WEST DIXIE HIGHWAY
                                NORTH MIAMI, FLORIDA 33161
                                TELEPHONE  (305) 899-0085
                                FAX NO.    (305) 899-0091

                                BY:
                                    KENNETH R. DUBOFF

LAW OFFICE OF KENNETH R. DUBOFF, P.A.

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

JOEL MENENDEZ,                              CASE NO.  09-66780 CA05

                    Plaintiff,

vs.

AMERICAN SECURITY INSURANCE
COMPANY and SELECT PORTFOLIO
SERVICING, INC.,

                    Defendant

## INTERROGATORIES TO RESPONDENT
*Florida Bar #218261*

COMES NOW the Petitioner(s) by and through the undersigned attorneys, and
pursuant to the applicable rules of civil procedure, hereby serves the attached
Interrogatories upon Respondent to be answered, under oath, within the time
prescribed by said rules.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this *2nd* day of *November*, 2009, a true and
correct copy of the foregoing was ☒ faxed; ☐ hand delivered; ☒ mailed by US Mail, to: Sara
Levy, Esq., Greenberg Traurig, P.A., (Fax No. (954) 765-1477), 401 East Las Olas Blvd., Suite
2000, , Fort Lauderdale, Florida, 33301 and Jeffrey S. Lapin, Esq., LAPIN & LEICHTLING,
LLP, 255 Alhambra Circle, Suite 800, Coral Gables, FL 33134.

LAW OFFICE OF KENNETH R. DUBOFF, P.A.
ATTORNEY FOR PETITIONER
12430 WEST DIXIE HIGHWAY
NORTH MIAMI, FLORIDA 33161
TELEPHONE  (305) 899-0085
FAX NO.    (305) 899-0091

BY:_____
        KENNETH R. DUBOFF

## DEFINITIONS

For the purpose of answering each Interrogatory contained herein, the following words or phrases shall have the following meanings:

**"Policy":**  means that certain insurance policy as described in the Petition

**"Respondent" or "You":** means Respondent, its attorneys, agents, partners, employees, officers, directors, stockholders, and all other persons acting on its behalf.

**"Person":**  means all individuals, corporations, partnerships, joint venture groups, associations, governmental agencies and all other organizations.

**"Identify each person":** or equivalent language means to provide the name of each such person, their work and home telephone numbers, their last known address, and if employed, give the job title or position of employment for each such person and the name and address of their employer.

**"Document":**  means all written, typed, photographic, computerized or printed materials, including but not limited to the original and all non-identical copies of all letters, books, records, charts, ledgers, drafts, checks, check stubs, passbooks, certificates, graphs, facsimile transmissions, telegrams, reports, contracts, invoices, receipts, brochures, pamphlets, studies, lists, notes, memoranda, computer printouts, data processing cards, pictures, drawings, diagrams, sketches, video tapes, motion pictures, blue-prints, photographs, microfilm, microfiche, computer discs and all other materials or documentation which pertains or contains information directly or indirectly, in whole or in part, and in any manner, to any of the subjects inquired about.

## INTERROGATORIES

1.     Please identify yourself fully by stating your full name, employment address and position and job title that you hold with the Respondent.

2.     Please state the date that Respondent first received any notice from Petitioner(s) concerning a claim for benefits under the Policy for property damages as described in the Petition in this lawsuit.

3.     Describe in as much detail as possible, each and every factual reason why the Respondent denied coverage for Petitioner(s) claim described in the Petition.

4.     State the location, including page(s), line(s) and paragraph number(s), and the exact language contained in the Policy upon which the Respondent has based its decision to deny coverage for the claim described in the Petition.

LAW OFFICE OF KENNETH R. DUBOFF, P.A.

5.    Identify each document sent from Respondent to Petitioner(s) in reference to the subject loss involved herein, including the date sent, the name of the individual who sent said communication

6.    Identify each person, who on behalf of Respondent, inspected the property described in the Petition in reference to the claim described in the Petition, including his or her field of expertise and the date of each inspection.

7.    Identify each written estimate of repair or replacement, including the amount set forth in each said estimate, which has been provided to Respondent by Petitioner(s) in reference to the claim described in the Petition.

8.    Identify all persons (other than Respondent) believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues raised by the pleadings, specifying the subject matter about which the witnesses have knowledge and state whether you have obtained any statements (oral, written and/or recorded) from any of said witnesses, list the dates any such witness statements were taken, by whom any such witness statements were taken and who has present possession, custody and control of any such statements.

9.     Did the Respondent request Petitioner(s) to perform any post loss duties for the subject claim, including, to submit to an examination under oath, to submit a sworn proof of loss, to permit inspection, etc..

10.    If your answer to the preceding interrogatory was "YES", please state for each request:

     a.     the exact request made

     b.     the date of the request

     c.     whether the request was written or oral

     d.     What did Petitioner do in response to said request

11.    With reference to each of your affirmative defenses raised in this lawsuit, please describe each and every fact upon which you rely to substantiate such affirmative defense, including identification of all witnesses to each such fact.

IN WITNESS WHEREOF, the Respondent has executed the foregoing answers to Interrogatories and states that same are true and correct to the best of the undersigned's knowledge and belief.

_____

Name of Insurance Company

By:_____

Title:_____

STATE OF _____

COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared

_____

who after being duly sworn, acknowledged before me that he/she has executed the foregoing answers to interrogatories.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20____

_____

Notary Public, State of Florida

_____ personally known
_____ produced _____
                        as identification

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

JOEL MENENDEZ

            Plaintiff,

vs.

CASE NO.   09-66780 CA05

AMERICAN SECURITY INSURANCE
COMPANY and SELECT PORTFOLIO
SERVICING, INC.,

            Defendant.

## REQUEST FOR PRODUCTION
### Florida Bar #218261

COMES NOW Petitioner(s), by and through the undersigned attorneys, and hereby requests the Respondent to produce the following items for inspection and/or copying at the office of the undersigned attorneys within the time prescribed by the applicable rules of civil procedure:

### Instructions:

The following apply to this Discovery Request:

    a.    In producing documents and other materials, you are requested to furnish all documents or things in your possession, custody or control, regardless of whether such documents or materials are possessed directly by you or your agents, employees, representatives, affiliates, investigators by any corporation, person or entity affiliated with, related to, or owned or controlled in whole or in part by you, or by your attorneys or their agents, employees, representatives, affiliates, investigators by any corporation, person or entity affiliated with, related to, or owned or controlled in whole or in part by you, or by your attorneys or their agents, employees, representatives or investigators.

    b.    If any requested document or thing cannot be produced in full, produce to the extent possible, indicating what document or portion of that document is being withheld and the reason that document is being withheld.

    c.    In producing documents, you are requested to produce the original of each

document requested together with all non-identical copies and drafts of that document. If the original of any document cannot be located, a copy shall be produce d in lieu thereof, and shall be legible and bound or stapled in the same manner as the original.

     d.    All documents shall be produced in the file, folder, envelope or other container in which the document are kept or maintained. If, for any reason, the container cannot be produced, please produce copies of all labels or other identifying markings.

     e.    A request for each document "mentioning, discussing, relating or referring to" a subject matter extend to each document that constitutes, contains, supports, modifies , contradicts, criticizes, concerns, describes, records, reports, reflects, relates to, was prepared i connection with , arises from, or is or has been collected, recorded, by a present or former agent, representative, officer, employee, attorney, board, committee or subcommittee, or any other person acting or purporting to act on your behalf in relation to the subject matter specified.

     f.    Documents not otherwise responsive to this Discovery Request shall produced if such documents mention, discuss or refer to, or explain the documents which are called for by this Discovery Request or if such documents are attached to documents called for by this Discovery Request and constitute deposit slips, transmittal memoranda, letters, comments, evaluation, or similar materials.

     g.    If a document once existed and has subsequently been lost, destroyed, or is otherwise missing, please provide sufficient information to identify the documents and state the details concerning its loss.

     h.    If you claim the attorney-client privilege or any other privilege or work product protection for any document, with respect to that document:

         (1)    state the date of the document;

         (2)    identify each and every author of the document;

         (3)    identify each and every other person who prepared or participated in the preparation of the document;

         (4)    identify each and every person who received the document;

         (5)    identify each and every person from whom the document was received;

         (6)    state the present location of the document and all copies thereof;

         (7)    identify each and every person having custody or control of the

document and all copies thereof, and

(8)    provide sufficient further information concerning the document and the circumstances and general content thereof to explain the claim of privilege or protection and to permit the adjudication of the propriety of the claim.

i.    In producing the documents and other materials responsive to these requests, identify by paragraph and subparagraph the request to which each produced document is responsive. If a document is responsive to more than one request, each request to which it is responsive should be identified.

j.    Any request for a document "written by" a person, or correspondence "between" certain persons shall include, without limitation, all correspondence or other documents written by, addressed to, received by, copied to, or signed by such person in any capacity, whether as an agent, employee, employer, director, officer, shareholder, attorney, accountant, or representative of any person.

## DEFINITIONS

*"Document"* is used herein in its customary legal broad sense, and includes without limitation, any kind of written or graphic matter, however produced or reproduced, of any kind or description, whether sent or received or neither, including originals, copies and drafts and both sides thereof, and including but not limited to: papers, books, letters, photographs, objects, tangible things, correspondence, telegrams, cables, telex messages, computer discs memoranda, notes, notations, work papers, transcript, minutes, reports, drawings, blueprints, and tape recording of any size, and recordings of telephone or other conversations, or of interviews, conferences, or other meetings, statements, summaries, opinions, reports, studies, analyses, evaluations, contracts, agreements, journal, statistical reports, desk calendars, appointment books, diaries, lists, tabulations, summaries, sound recordings, computer printouts, data processing, input and output, microfilms, and all other records kept by electronic, photographic or mechanical means, and things similar to any of the foregoing, however denominated.

## DOCUMENTS TO BE PRODUCED

1.    A true and correct certified copy of the insurance policy described in the Petition, including all declaration sheet(s) addendums and attachments.

2.    Any and all correspondence or written communications from Respondent, or its agents to Petitioner, or his agents, which in any manner pertain to Petitioner's alleged loss as

described in the Petition.

3.      Any and all correspondence or written communications from Petitioner, or his agents to Respondent, or its agents, which in any manner pertain to Petitioner's alleged loss as described in the Petition.

4.      Any and all photographs taken by the Respondent or Respondent's agents showing the extent of damage to the insured premises involved herein as were taken prior to the filing of this lawsuit.

5.      Any and all tape recordings of any statements made by Petitioner or Petitioners agents or employees

6.      Any and all transcripts or written statements from the Petitioner(s) including, without limitation, transcripts of examinations under oath.

7.      Copies of each and every bill or estimate for repair to the subject property submitted to Respondent by Petitioner or Petitioners agents or employees.

8.      Any and all written estimates or reports reflecting examination or inspection by Respondent or Respondent's agents of any of the alleged damage to the insured premises.

9.      Any and all brochures, summary statements, pamphlets and advertising materials prepared by or on behalf of Respondent and disseminated to insurance agencies or policyholders which in any manner describe the coverages and/or exclusions under the same type of policy involved in this action.

10.      Respondent's entire claim file up from the date of the initial notice of the loss until the day before Respondent knew that Respondent was going to deny or litigate the claim.

11.      Respondent's entire claim file for the entire time that the claim was being handled by Respondent not in anticipation of litigation for the claim.

12.      All documents relating to or supporting Respondent's denial of any allegation of Petitioner's Petition, and relating to or supporting each affirmative or general defense asserted by Respondents.

13.      All underwriting files pertaining to the policy of insurance described in the Petition/petition.

14.      All delivery receipts, written proof of mailing and all other records evidencing in any manner the date and/or dates that the entire policy of insurance described in the Petition was mailed or delivered to Petitioner(s)

LAW OFFICE OF KENNETH R. DUBOFF, P.A.

15.    Any and all documents related to any and all other insurance claims made by Petitioner(s) which are not the subject of this action, including estimates, reports, pictures, cancelled checks, releases, proofs of loss, recorded statements, transcripts of examinations under oath, and correspondence by and between the parties related to any and all said other claims.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this __2nd__ day of __November__, 2009, a true and correct copy of the foregoing was ☒ faxed; ☐ hand delivered; ☒ mailed by US Mail, to: Sara Levy, Esq., Greenberg Traurig, P.A., (Fax No. (954) 765-1477), 401 East Las Olas Blvd., Suite 2000, , Fort Lauderdale, Florida, 33301 and Jeffrey S. Lapin, Esq., LAPIN & LEICHTLING, LLP, 255 Alhambra Circle, Suite 800, Coral Gables, FL 33134.

LAW OFFICE OF KENNETH R. DUBOFF, P.A.
ATTORNEY FOR PETITIONER
12430 WEST DIXIE HIGHWAY
NORTH MIAMI, FLORIDA 33161
TELEPHONE  (305) 899-0085
FAX NO.     (305) 899-0091

BY: _____
          KENNETH R. DUBOFF

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

JOEL MENENDEZ

                Plaintiff,

vs.

AMERICAN SECURITY INSURANCE
COMPANY and SELECT PORTFOLIO
SERVICING, INC.,

                Defendant.

CASE NO.   09-66780 CA05

## REQUEST FOR ADMISSIONS
*Florida Bar #218261*

COMES NOW the Petitioner(s), by and through the undersigned attorneys, and pursuant to the applicable Florida Rules of Civil Procedure, hereby Requests the Respondent to admit or deny the following items:

1.      Admit that on the date of the alleged loss described in the Petition that the policy described in the Petition was in full force and effect.

2.      Admit that Petitioner(s) is the named insured under the insurance policy described in the Petition.

3.      Admit that the premises described in the Petition are the insured premises under the insurance policy described in the Petition.

4.      Admit that prior to the institution of this action, Petitioner(s) made a claim under the Policy described in the Petition for a loss which Petitioner(s) claims occurred the date of loss described in the Petition.

5.      Admit that Respondent assigned the claim number to the subject loss as described in the Petition.

6.      Admit that Petitioner(s) submitted to Respondent a written estimate of repairs for the damage alleged to have occurred by reason of the loss.

7.      Admit that Respondent did not make a request in writing for the Petitioner(s) to submit a Sworn Proof of Loss for the alleged loss.

LAW OFFICE OF KENNETH R. DUBOFF, P.A.

8.    Admit that Respondent did not make a request in writing for the Petitioner(s) to submit to an examination under oath for the alleged loss.

9.    Admit that Petitioner(s) permitted Respondent access to the premises described in the subject policy after the date of the alleged loss.

10.   Admit that as of the date of the filing if this lawsuit, that Respondent had denied the Petitioner(s)' claim for insurance benefits for the alleged loss described in the Petition.

11.   Admit that as of the date of the filing if this lawsuit, that Respondent had not made any payment of insurance proceeds to Petitioner(s) for the subject loss described in the Petition.

12.   Admit that Respondent does not have any written document evidencing that the entire insurance policy described in the Petition was delivered to Petitioner(s).

13.   Admit that Respondent did not deliver a copy of the entire insurance policy described in the Petition prior to the filing of this lawsuit.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this __2nd__ day of __November__ 2009, a true and correct copy of the foregoing was ⊠ faxed; ☐ hand delivered; ⊠ mailed by US Mail, to: Sara Levy, Esq., Greenberg Traurig, P.A., (Fax No. (954) 765-1477), 401 East Las Olas Blvd., Suite 2000, , Fort Lauderdale, Florida, 33301 and Jeffrey S. Lapin, Esq., LAPIN & LEICHTLING, LLP, 255 Alhambra Circle, Suite 800, Coral Gables, FL 33134.

LAW OFFICE OF KENNETH R. DUBOFF, P.A.
ATTORNEY FOR PETITIONER(S)
12430 WEST DIXIE HIGHWAY
NORTH MIAMI, FLORIDA 33161
TELEPHONE   (305) 899-0085
FAX NO.     (305) 899-0091

BY: _____
        KENNETH R. DUBOFF

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AN
FOR MIAMI-DADE COUNTY, FLORIDA

JOEL MENENDEZ,

       Plaintiff,

vs.

CASE NO: 09-66780-CA-05

AMERICAN SECURITY INSURANCE
COMPANY and SELECT PORTFOLIO
SERVICING, INC.,

       Defendants.

_____/

## DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S
## ANSWER TO COMPLAINT

Defendant, Select Portfolio Servicing, Inc. ("SPS"), answers the Complaint filed by Joel
Menendez ("Plaintiff") as follows:

1.     Admitted for jurisdictional purposes.

2.     Without knowledge.

3.     Without knowledge.

4.     Denied.

5.     Admitted only that Plaintiff has named SPS as a party solely based on its
understanding SPS is a named insured under the insurance policy sued upon.

6.     Without knowledge.

7.     Without knowledge.

8.     Without knowledge.

9.     Without knowledge.

10.     Without knowledge.

11.     Without knowledge.

CASE NO:    09-66780-CA-05

12.    Without knowledge.

13.    Without knowledge.

14.    Without knowledge.

15.    Without knowledge.

16.    Admitted only that SPS has not brought a suit for damages for any alleged breach of the insurance policy, and that Plaintiff has named SPS as a party defendant solely because Plaintiff understands SPS is a named insured under the insurance policy sued upon.

17.    Without knowledge.

18.    Without knowledge.

19.    Without knowledge.

All allegations not specifically admitted are denied, and strict proof is demanded.

**WE HEREBY CERTIFY** that a true and correct copy of the above was served by mail this *26th* day of October, 2009, to the parties listed on the attached service list.

Respectfully submitted,

LAPIN & LEICHTLING, LLP
*Attorneys for Defendant*
*Select Portfolio Servicing, Inc.*
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone: (305) 569-4100
Facsimile:  (305) 569-0000

By: _____
JEFFREY S. LAPIN
Florida Bar No. 993298
GABRIELA CORTES
Florida Bar No. 053994

2

CASE NO:    09-66780-CA-05

## SERVICE LIST

Kenneth R. Duboff, Esq.
The Law Office of Kenneth R. Duboff, P.A.
12430 West Dixie Highway
North Miami, Florida 33161
*Attorneys for Plaintiff*

www.sunbiz.org - Department of State                                    Page 1 of 3



Home          Contact Us          E-Filing Services          Document Searches          Forms          H

Previous on List      Next on List      Return To List                                    Entity Na

Events                Name History

# Detail by Entity Name

## Foreign Profit Corporation

AMERICAN SECURITY INSURANCE COMPANY

## Filing Information

**Document Number**   858338
**FEI/EIN Number**    581529575
**Date Filed**        11/03/1983
**State**             DE
**Status**            ACTIVE
**Last Event**        NAME CHANGE AMENDMENT
**Event Date Filed**  04/11/1984
**Event Effective Date** NONE

## Principal Address

260 INTERSTATE NORTH CIR., SE
ATLANTA GA 30339-2210 US

Changed 08/31/2005

## Mailing Address

11222 QUAIL ROOST DRIVE
2ND FLOOR, D7
MIAMI FL 33157 US

Changed 04/02/2009

## Registered Agent Name & Address

CHIEF FINANCIAL OFFICER
P O BOX 6200 (32314-6200)
200 E. GAINES ST
TALLAHASSEE FL 32399-0000 US

Name Changed: 03/17/2003

Address Changed: 03/17/2003

## Officer/Director Detail

**Name & Address**

Title P

www.sunbiz.org - Department of State                                                     Page 2 of 3

FROBOSE, JOHN
260 INTERSTATE NORTH CIRCLE, SE
ATLANTA GA 30339

Title S

ARAGON-CRUZ, JEANNIE
11222 QUAIL ROOST DRIVE
MIAMI FL 33157

Title VPD

GILL, GAJINDERPAL P
260 INTERSTATE NORTH CIRCLE, SE
ATLANTA GA 30339

Title T

KNOWLES, NEVILLE
260 INTERSTATE NORTH CIRCLE, SE
ALTANTA GA 30339

Title SVPD

LEMASTERS, S. CRAIG
260 INTERSTATE NORTH CIRCLE, NW
ALTANTA GA 30339

Title GC

DECHURCH, GREGORY
11222 QUAIL ROOST DRIVE
MIAMI FL 33157

## Annual Reports

| Report Year | Filed Date |
|-------------|------------|
| 2007        | 03/01/2007 |
| 2008        | 01/11/2008 |
| 2009        | 04/02/2009 |

## Document Images

04/02/2009 -- ANNUAL REPORT    View image in PDF format
01/11/2008 -- ANNUAL REPORT    View image in PDF format
03/01/2007 -- ANNUAL REPORT    View image in PDF format
04/26/2006 -- ANNUAL REPORT    View image in PDF format
03/25/2005 -- ANNUAL REPORT    View image in PDF format
04/25/2004 -- ANNUAL REPORT    View image in PDF format
04/28/2003 -- ANNUAL REPORT    View image in PDF format
02/12/2002 -- ANNUAL REPORT    View image in PDF format
09/19/2001 -- ANNUAL REPORT    View image in PDF format
05/10/2000 -- ANNUAL REPORT    View image in PDF format
05/13/1999 -- ANNUAL REPORT    View image in PDF format

www.sunbiz.org - Department of State                                    Page 3 of 3

| | |
|---|---|
| 02/24/1998 -- ANNUAL REPORT | View image in PDF format |
| 03/17/1997 -- ANNUAL REPORT | View image in PDF format |
| 02/20/1996 -- ANNUAL REPORT | View image in PDF format |
| 02/22/1995 -- ANNUAL REPORT | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

**Previous on List**      **Next on List**      **Return To List**                    Entity Na

**Events**                **Name History**                                            St

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

Search all of Utah.gov »



**Utah** Department of **Commerce**

# Business Entity Search

**?Help**

| **Name** | **Type** | **City** | **Status** |
|---|---|---|---|
| SELECT PORTFOLIO SERVICING, INC. | Corporation | SALT LAKE CITY | Active |

**Business Name:** SELECT PORTFOLIO SERVICING, INC.
**Entity Number:** 1026229-0142
**Registration Date:** 02/24/1989
**State of Origin:** UT

## Address

3815 S. WEST TEMPLE CORP LEGAL-LICENSING
SALT LAKE CITY, UT 841154412

## Status

**Status:** Active
**Status Description:** Good Standing
**This Status Date:** 09/20/2001
**Last Renewed:** 12/23/2008
**License Type:** Corporation - Domestic - Profit
**Delinquent Date:** 02/24/2010

## Registered Agent

**Registered Agent:** JASON H MILLER
[Search BES] [Search RPS]
**Address Line 1:** 3815 S. WEST TEMPLE
**Address Line 2:**
**City:** SALT LAKE CITY
**State:** UT
**Zip:** 84115

## Additional Information

**Additional Principals:** Y
**NAICS Code:** 5614
**NAICS Title:** 5614-Business Support Services
**Stock Class 1 Amount:** 200,000
**Stock Class 1 Type:** COMMON A
**Stock Class 2 Amount:** 0000000000
**Stock Class 3 Amount:** 0000000000

## With this information, you can...

**Search for Images**
If you would like to view images of paper filings for this business entity, select the button to the left. You will be assessed a $ 2.00 fee per image of a document for this service.

**Purchase Certificate of Existence**
If you would like to purchase a Certificate of Existence for this business entity, select the button to the left. You will be assessed a $ 12.00 fee for this service. You will need Adobe Reader to view this certificate. If you do not have Adobe Reader, click on the button below and download it.

Get Adobe Reader

**Access Principal Information**
If you would like to receive information on the principal individuals associated with this entity, click the button on the left. You will be assessed a $ 1.00 fee for this information.

**Back to search results**          **Do Another Search**

Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy | Translate Utah.gov
Copyright © 2009 State of Utah - All rights reserved.

https://secure.utah.gov/bes/action/searchresults **Exhibit 3**

11/9/2009



Our Company
# About Select Portfolio Servicing



Select Portfolio Servicing, Inc. is a Salt Lake City-based financial services company that engages in the servicing and special servicing of single-family residential mortgage loans. It also services impaired credit loans and non-performing loans for a host of clients, including leading mortgage finance companies, investment and commercial banks, and monoline bond insurers.

Select Portfolio Servicing is a privately held company that has been in business since 1989. The company has operations in Salt Lake City, UT and Jacksonville, FL.

© Copyright 2009 Select Portfolio Servicing, Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.

SPS WebMail   -   Citrix System   -   Site Map



**SPS | SELECT Portfolio SERVICING, inc.**

| Customer Links | Our Company | Business Partners | Investors | Important Legal Information | Contact Us |

Customers
# Customer Inquiries

### Customer Service

For general inquiries, such as statement or payment information, you may click here for frequently asked questions or contact the Customer Service Department at:

**Phone: 1-800-258-8602**
For Account Information or Loan Payments

**International Customers: 1-904-722-7009**

**Customer Service Hours:**
Monday - Friday   7:00am - 8:00pm   EST
Saturday   8:00am - 12:00noon   EST

**General Correspondence:** Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT 84165-0250

### Loan Resolution Department

If you would like to speak with an SPS Loan Servicing Representative about payment concerns and available resolution options, including President Obama's Making Home Affordable program, you can contact the Loan Resolution Department at:

**Phone: 1-888-818-6032**
**Fax: 1-801-293-3936**

**Loan Resolution Hours:**
Monday - Thursday   8:00am - 11:00pm   EST
Friday   8:00am - 9:00pm   EST
Saturday   8:00am - 1:00pm   EST

### Mailing Address for Disputes / Inquiries

If you wish to send a written request about your account or dispute any information, all written requests must be sent to

### Mailing Address for Payments

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Please write your loan number or social security number in the memo area of your check or money order.

### Mailing Address for Property Tax Bills / Notices

Select Portfolio Servicing
Property Tax Department
P.O. Box 70369
Pasadena, CA 91117

**Fax: 1-626-345-2046**

Please include your loan number on all pages of correspondence.

### Additional Contact Information

the address listed below as this is our exclusive address for processing these matters. If you send your request or dispute to any other address, it may not be processed in accordance with our Customer Service timelines.

Select Portfolio Servicing
P.O. Box 65567
Salt Lake City, UT 84165-0567

**Fax:** 1-801-270-7856

Please include your loan number on all pages of correspondence.

## Hazard / Flood Insurance

For hazard or flood insurance information contact our insurance center.

| | |
|---|---|
| **Phone:** | 1-800-641-2754 |
| **Fax:** | 1-866-801-8177 |

## Tax Information

For Tax information contact our tax center.

| | |
|---|---|
| **Phone:** | 1-888-705-5744 |
| **Fax:** | 1-904-380-5751 |

**Consumer Ombudsman**

If you have an unresolved issue or are dissatisfied with the service you have received from SPS, click the link above for information about Select Portfolio Servicing's Consumer Ombudsman Services.

© Copyright 2009 Select Portfolio Servicing, Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.

SPS WebMail  -  Citrix System  -  Site Map

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JOEL MENENDEZ,

Plaintiff,

vs.

AMERICAN SECURITY INSURANCE
COMPANY and SELECT PORTFOLIO
SERVICING, INC.,

Defendants.

_____/

Case No.: _____

(Formerly Miami-Dade County Circuit Court
Case No: 09-66780CA05)

## DECLARATION OF DAVID O. BATISTA IN SUPPORT OF DEFENDANT AMERICAN SECURITY INSURANCE COMPANY'S NOTICE OF REMOVAL

I, David O. Batista, do declare:

1.      I am a shareholder in the law firm of Greenberg Traurig, P.A., counsel for Defendant, American Security Insurance Company ("American Security"), an action pending in the above-styled action. I am licensed to practice law in the State of Florida. I have personal knowledge of the following facts or knowledge based upon review of Greenberg Traurig, P.A.'s business records made in the ordinary course of its business.

2.      I submit this Declaration in support of American Security's Notice of Removal of the lawsuit filed in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Civil Case No. 09-66780CA05 to the United States District Court for the Southern District of Florida.

3.      On October 30, 2009, Plaintiff's counsel transmitted via e-mail to American Security's counsel an estimate prepared by L & M Construction Management Group, Inc. detailing the repairs necessary to restore Plaintiff's property located at 15337 SW 139th Court Miami, Florida 33177, which is the subject of this Lawsuit. According to page 32 of the

**Exhibit 4**

estimate, Plaintiff is claiming total covered damages of $217,333.70, of which more than $75,000 remains in dispute.[1]   A copy of the estimate received by American Security's counsel is attached hereto as Exhibit "A."

4.      The estimate was kept by counsel for American Security, in the ordinary course of business, at or near the time of the act, condition or event as a matter of course.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this *18th* day of November 2009.

_____
DAVID O. BATISTA

*FTL 107,496,402v1 067871015000*

---

[1] To date, American Security has paid Plaintiff $12,652.51.

Greenberg Traurig, P.A. | Attorneys at Law | 401 East Las Olas Boulevard | Suite 2000 | Fort Lauderdale, FL 33301 | Tel 954.765.0500 | Fax 954.765.1477 | www.gtlaw.com

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

Insured:      Menendez, Joel
Property:     15337 Sw 139 Ct
              Miami, FL 33177

Estimator:    L & M Construction Management Group

Claim Number:                    Policy Number:                    Type of Loss: Vandalism

Date of Loss:  11 28/09              Date Received:
Date Inspected:                      Date Entered:
Date Est. Completed:   5/20/2009 2:18 PM

Price List:    FL_RESTORATION
               Restoration/Service/Remodel
Estimate:      MENENDEZ-JOEL

The following is an estimate for the repairs of the above mentioned location. All materials, labor and taxes are included in this estimate. The work outlined in the following pages will be performed in accordance with all the standards set forth by the South Florida Building Code. Any additional credits or work required by the client will be processed in the form of a change order. State of Florida Certified General Conractor License Number CG-C061709



# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

### MENENDEZ-JOEL

| Kitchen/Family Room | LxWxH 30' 6" x 13' 1" x 9' |
|---|---|
| 784.49 SF Walls | 399.02 SF Ceiling |
| 1183.51 SF Walls & Ceiling | 399.02 SF Floor |
| 44.34 SY Flooring | 87.17 LF Floor Perimeter |
| 274.50 SF Long Wall | 117.74 SF Short Wall |
| 87.17 LF Ceil. Perimeter | |

| Subroom 1:  offset | LxWxH 10' x 3' 8" x 9' |
|---|---|
| 246.00 SF Walls | 36.67 SF Ceiling |
| 282.67 SF Walls & Ceiling | 36.67 SF Floor |
| 4.07 SY Flooring | 27.33 LF Floor Perimeter |
| 90.00 SF Long Wall | 33.00 SF Short Wall |
| 27.33 LF Ceil. Perimeter | |

| Subroom 2:  closet | LxWxH 13' x 4' x 4' |
|---|---|
| 136.00 SF Walls | 52.00 SF Ceiling |
| 188.00 SF Walls & Ceiling | 52.00 SF Floor |
| 5.78 SY Flooring | 34.00 LF Floor Perimeter |
| 52.00 SF Long Wall | 16.00 SF Short Wall |
| 34.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| The ceiling height in the closet was averaged out in the closet. Room was squared off for estimating purposes. | | | | | |
| 1,134.  Clean the walls and ceiling | 1654.18  SF | 0.15 | 248.13 | (0.00) | 248.13 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,135.  Clean window unit (per side) 10 - 20 SF | 4.00  EA | 6.41 | 25.64 | (0.00) | 25.64 |
| 1,338.  Clean patio door (sliding glass) (per side) | 1.00  EA | 17.12 | 17.12 | (0.00) | 17.12 |
| 1,492.  R&R Window blind - horizontal or vertical | 3.00  EA | 94.23 | 282.69 | (0.00) | 282.69 |
| 1,493.  R&R Window blind - horizontal or vertical - Extra large | 1.00  EA | 171.73 | 171.73 | (0.00) | 171.73 |
| 1,494.  R&R Chandelier - Average grade | 1.00  EA | 216.51 | 216.51 | (0.00) | 216.51 |

MENENDEZ-JOEL

7/14/2009        Page: 2

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

### CONTINUED - Kitchen/Family Room

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1,495.  Ceiling fan & light | 2.00 EA | 400.00 | 800.00 | (0.00) | 800.00 |
| 1,496.  Recessed light fixture - Detach & reset entire unit | 4.00 EA | 72.70 | 290.80 | (0.00) | 290.80 |
| 1,497.  Heat/AC register - Detach & reset | 3.00 EA | 14.92 | 44.76 | (0.00) | 44.76 |
| 990.  General Laborer - per hour | 2.00 HR | 27.96 | 55.92 | (0.00) | 55.92 |
| The above operation is for contents manipulation. | | | | | |
| 1,341.  R&R 5/8" drywall - hung, taped, floated, ready for paint | 128.00 SF | 3.00 | 384.00 | (0.00) | 384.00 |
| 1,498.  R&R Outlet | 7.00 EA | 13.82 | 96.74 | (0.00) | 96.74 |
| 1,499.  R&R Ground fault interrupter (GFI) outlet | 3.00 EA | 25.41 | 76.23 | (0.00) | 76.23 |
| 1,500.  Security system - motion detector - Detach & Reset | 1.00 EA | 58.98 | 58.98 | (0.00) | 58.98 |
| 1,506.  R&R Casing - 2 1/4" | 36.00 LF | 1.61 | 57.96 | (0.00) | 57.96 |
| The above operation is to replace two door casings. The above casings will be lost during the repair process. | | | | | |
| 1,507.  R&R Bifold door - Colonist - Single | 2.00 EA | 94.47 | 188.94 | (0.00) | 188.94 |
| 1,508.  R&R Window screen, 10 - 16 sf | 2.00 EA | 23.83 | 47.66 | (0.00) | 47.66 |
| 1,509.  R&R Window screen, 26 - 32 sf | 1.00 EA | 52.22 | 52.22 | (0.00) | 52.22 |
| 1,343.  R&R Cabinetry - lower (base) units - Standard grade | 19.80 LF | 173.73 | 3,439.86 | (0.00) | 3,439.86 |
| 1,344.  R&R Countertop - Granite or Marble - High grade | 62.00 SF | 64.88 | 4,022.56 | (0.00) | 4,022.56 |
| 1,345.  Cutout for Sink | 1.00 EA | 75.00 | 75.00 | (0.00) | 75.00 |
| 1,346.  Backsplash - Granite or Marble | 122.00 SF | 61.79 | 7,538.38 | (0.00) | 7,538.38 |
| The above operation also includes the marble on the walls. | | | | | |
| 1,347.  R&R Cabinetry - upper (wall) units - Standard grade | 19.00 LF | 178.52 | 3,391.88 | (0.00) | 3,391.88 |
| 1,348.  Refrigerator - side by side | 1.00 EA | 1,200.00 | 1,200.00 | (0.00) | 1,200.00 |
| 1,501.  R&R Range - freestanding - electric | 1.00 EA | 1,200.00 | 1,200.00 | (0.00) | 1,200.00 |
| 1,502.  R&R Microwave oven - over range w/built-in hood | 1.00 EA | 1,200.00 | 1,200.00 | (0.00) | 1,200.00 |
| 1,351.  Dishwasher - Detach & reset | 1.00 EA | 175.45 | 175.45 | (0.00) | 175.45 |
| 1,352.  Sink - double - Detach & reset | 1.00 EA | 102.13 | 102.13 | (0.00) | 102.13 |
| 1,353.  Sink faucet - Detach & reset | 1.00 EA | 77.20 | 77.20 | (0.00) | 77.20 |

MENENDEZ-JOEL

7/14/2009          Page: 3

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

### CONTINUED - Kitchen/Family Room

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1,354.  R&R Drain/Vent line - ABS pipe with fitting and hanger, 1-1/2" | 4.00 | LF | 6.48 | 25.92 | (0.00) | 25.92 |
| 995.  Mask and prep for paint - plastic, paper, tape (per LF) | 148.50 | LF | 0.72 | 106.92 | (0.00) | 106.92 |
| 1,505.  Paint the ceiling - two coats | 487.69 | SF | 0.81 | 395.03 | (0.00) | 395.03 |
| 997.  Paint part of the walls - two coats | 816.54 | SF | 0.81 | 661.40 | (0.00) | 661.40 |
| 1,503.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 | EA | 16.75 | 33.50 | (0.00) | 33.50 |
| 1,504.  Paint bifold door set - slab only - 2 coats (per side) | 2.00 | EA | 27.12 | 54.24 | (0.00) | 54.24 |
| 1,358.  Paint baseboard, oversized - two coats | 89.10 | LF | 0.83 | 73.95 | (0.00) | 73.95 |
| 1,355.  R&R Ceramic floor tile | 536.46 | SF | 11.11 | 5,960.07 | (0.00) | 5,960.07 |
| The above operation includes 10% waste. | | | | | | |
| 1,510.  Tile floor preperation | 487.69 | SF | 1.89 | 921.73 | (0.00) | 921.73 |
| 1,357.  R&R Baseboard - 6" hardwood | 89.10 | LF | 5.54 | 493.62 | (0.00) | 493.62 |
| **Dwelling Totals:** | | | | 34,264.87 | 0.00 | 34,264.87 |
| **Totals:  Kitchen/Family Room** | | | | 34,264.87 | 0.00 | 34,264.87 |

| | Downstairs Hallway | | | | LxWxH 7' 3" x 3' 2" x 9' | |
|---|---|---|---|---|---|---|



187.50 SF Walls
210.46 SF Walls & Ceiling
2.55 SY Flooring
65.25 SF Long Wall
20.83 LF Ceil. Perimeter

22.96 SF Ceiling
22.96 SF Floor
20.83 LF Floor Perimeter
28.50 SF Short Wall

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **DWELLING** | | | | | | |
| Room was squared off for estimating purposes. | | | | | | |
| 1,511.  Clean the walls and ceiling | 210.46 | SF | 0.15 | 31.57 | (0.00) | 31.57 |

MENENDEZ-JOEL                                              7/14/2009          Page: 4

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

CONTINUED - Downstairs Hallway

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | | |
| 1,518.  Light fixture - Detach & reset | 3.00 | EA | 31.37 | 94.11 | (0.00) | 94.11 |
| 1,550.  Smoke detector - Detach & reset | 1.00 | EA | 50.67 | 50.67 | (0.00) | 50.67 |
| 1,521.  Drywall patch / small repair, ready for paint | 1.00 | EA | 61.79 | 61.79 | (0.00) | 61.79 |
| 1,522.  R&R Outlet | 1.00 | EA | 13.82 | 13.82 | (0.00) | 13.82 |
| 1,525.  R&R Casing - 2 1/4" | 54.00 | LF | 1.61 | 86.94 | (0.00) | 86.94 |
| The above operation is to replace three door casings. The above casings will be lost during the repair process. | | | | | | |
| 1,541.  Mask and prep for paint - plastic, paper, tape (per LF) | 20.83 | LF | 0.72 | 15.00 | (0.00) | 15.00 |
| 1,542.  Paint the ceiling - two coats | 22.96 | SF | 0.81 | 18.60 | (0.00) | 18.60 |
| 1,543.  Paint the walls - two coats | 187.50 | SF | 0.81 | 151.88 | (0.00) | 151.88 |
| 1,544.  Paint door/window trim & jamb - 2 coats (per side) | 3.00 | EA | 16.75 | 50.25 | (0.00) | 50.25 |
| 1,545.  Paint door slab only - 2 coats (per side) | 3.00 | EA | 27.85 | 83.55 | (0.00) | 83.55 |
| 1,546.  Paint baseboard, oversized - two coats | 20.83 | LF | 0.83 | 17.29 | (0.00) | 17.29 |
| 1,547.  R&R Ceramic floor tile | 25.25 | SF | 11.11 | 280.53 | (0.00) | 280.53 |
| The above operation includes 10% waste. | | | | | | |
| 1,548.  Tile floor preperation | 22.96 | SF | 1.89 | 43.39 | (0.00) | 43.39 |
| 1,549.  R&R Baseboard - 6" hardwood | 20.83 | LF | 5.54 | 115.40 | (0.00) | 115.40 |
| CONTENTS | | | | | | |
| 1,551.  Security system - key pad - Detach & Reset | 1.00 | EA | 48.95 | 48.95 | (0.00) | 48.95 |
| **Dwelling Totals:** | | | | 1,114.79 | 0.00 | 1,114.79 |
| **Contents Totals:** | | | | 48.95 | 0.00 | 48.95 |
| **Totals:  Downstairs Hallway** | | | | 1,163.74 | 0.00 | 1,163.74 |

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

| Downstairs Bathroom | | | | | LxWxH 11' 6" x 5' x 9' |
|---|---|---|---|---|---|

297.00 SF Walls
354.50 SF Walls & Ceiling
6.39 SY Flooring
103.50 SF Long Wall
33.00 LF Ceil. Perimeter

57.50 SF Ceiling
57.50 SF Floor
33.00 LF Floor Perimeter
45.00 SF Short Wall

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| Room was squared off for estimating purposes. | | | | | |
| 1,552.  Clean the walls and ceiling | 354.50  SF | 0.15 | 53.18 | (0.00) | 53.18 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,568.  Heat/AC register - Detach & reset | 1.00  EA | 14.92 | 14.92 | (0.00) | 14.92 |
| 1,553.  Light fixture - Detach & reset | 3.00  EA | 31.37 | 94.11 | (0.00) | 94.11 |
| 1,558.  R&R Casing - 2 1/4" | 36.00  LF | 1.61 | 57.96 | (0.00) | 57.96 |
| The above operation is to replace two door casings. The above casings will be lost during the repair process. | | | | | |
| 1,556.  1/2" water rock (greenboard) hung, taped ready for texture | 148.50  SF | 1.85 | 274.73 | (0.00) | 274.73 |
| 1,557.  R&R Outlet | 2.00  EA | 13.82 | 27.64 | (0.00) | 27.64 |
| 1,580.  R&R Aluminum window, horiz. slider 3-11 sf | 1.00  EA | 158.94 | 158.94 | (0.00) | 158.94 |
| 1,581.  R&R Mirror - 1/4" plate glass | 6.20  SF | 9.73 | 60.33 | (0.00) | 60.33 |
| 1,569.  R&R Interior door unit | 1.00  EA | 160.21 | 160.21 | (0.00) | 160.21 |
| 1,570.  R&R Door knob - interior | 1.00  EA | 44.08 | 44.08 | (0.00) | 44.08 |
| 1,571.  Vanity - Detach & reset | 2.00  LF | 25.10 | 50.20 | (0.00) | 50.20 |
| 1,572.  R&R Sink faucet - Bathroom | 1.00  EA | 123.61 | 123.61 | (0.00) | 123.61 |
| 1,573.  R&R Drain/Vent line - ABS pipe with fitting and hanger, 1-1/2" | 3.00  LF | 6.48 | 19.44 | (0.00) | 19.44 |
| 1,574.  Toilet - Detach & reset | 1.00  EA | 156.93 | 156.93 | (0.00) | 156.93 |
| 1,575.  Tub/shower faucet - Detach & reset | 1.00  EA | 171.80 | 171.80 | (0.00) | 171.80 |
| 1,576.  R&R Bath accessory | 2.00  EA | 24.99 | 49.98 | (0.00) | 49.98 |
| 1,577.  Detach & Reset bathroom accessory | 1.00  EA | 11.89 | 11.89 | (0.00) | 11.89 |
| 1,578.  R&R Tile shower - 65 to 100 SF | 1.00  EA | 1,350.77 | 1,350.77 | (0.00) | 1,350.77 |
| 1,579.  Bullnose tile | 22.00  LF | 12.89 | 283.58 | (0.00) | 283.58 |
| 1,559.  Mask and prep for paint - plastic, paper, tape (per LF) | 33.00  LF | 0.72 | 23.76 | (0.00) | 23.76 |
| 1,560.  Paint the ceiling - two coats | 57.50  SF | 0.81 | 46.58 | (0.00) | 46.58 |

MENENDEZ-JOEL

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

### CONTINUED -- Downstairs Bathroom

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1,561.  Paint part of the walls – two coats | 178.20  SF | 0.81 | 144.34 | (0.00) | 144.34 |
| 1,562.  Paint door/window trim & jamb - 2 coats (per side) | 2.00  EA | 16.75 | 33.50 | (0.00) | 33.50 |
| 1,563.  Paint door slab only - 2 coats (per side) | 2.00  EA | 27.85 | 55.70 | (0.00) | 55.70 |
| 1,565.  R&R Ceramic floor tile The above operation includes 10% waste. | 57.50  SF | 11.11 | 638.83 | (0.00) | 638.83 |
| 1,566.  Tile floor preperation | 57.50  SF | 1.89 | 108.68 | (0.00) | 108.68 |
| 1,567.  Ceramic tile base | 16.50  LF | 10.77 | 177.71 | (0.00) | 177.71 |
| **Dwelling Totals:** | | | **4,393.40** | **0.00** | **4,393.40** |
| **Totals: Downstairs Bathroom** | | | **4,393.40** | **0.00** | **4,393.40** |

| Downstairs Bedroom | LxWxH 10' 10 13/16" x 10' x 9' |
|---|---|
| 376.22 SF Walls | 109.01 SF Ceiling |
| 485.23 SF Walls & Ceiling | 109.01 SF Floor |
| 12.11 SY Flooring | 41.80 LF Floor Perimeter |
| 98.11 SF Long Wall | 90.00 SF Short Wall |
| 41.80 LF Ceil. Perimeter | |

| Subroom 1:  closet | LxWxH 10' x 2' 4" x 9' |
|---|---|
| 222.00 SF Walls | 23.33 SF Ceiling |
| 245.33 SF Walls & Ceiling | 23.33 SF Floor |
| 2.59 SY Flooring | 24.67 LF Floor Perimeter |
| 90.00 SF Long Wall | 21.00 SF Short Wall |
| 24.67 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| 1,582.  Clean the walls and ceiling | 730.56  SF | 0.15 | 109.58 | (0.00) | 109.58 |

MENENDEZ-JOEL                                      7/14/2009          Page: 7

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

**CONTINUED - Downstairs Bedroom**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,598.  Clean window unit (per side) 10 - 20 SF | 1.00 EA | 6.41 | 6.41 | (0.00) | 6.41 |
| 1,599.  R&R Window blind - horizontal or vertical | 1.00 EA | 94.40 | 94.40 | (0.00) | 94.40 |
| 1,600.  R&R Window screen, 10 - 16 sf | 1.00 EA | 23.83 | 23.83 | (0.00) | 23.83 |
| 1,587.  Outlet or switch - Detach & reset | 8.00 EA | 11.25 | 90.00 | (0.00) | 90.00 |
| 1,603.  R&R Interior door unit | 1.00 EA | 160.21 | 160.21 | (0.00) | 160.21 |
| 1,604.  R&R Door knob - interior | 1.00 EA | 44.08 | 44.08 | (0.00) | 44.08 |
| 1,601.  Bifold door set - (4 slabs only) - Double Detach & reset | 1.00 EA | 33.20 | 33.20 | (0.00) | 33.20 |
| 1,606.  General Laborer - per hour | 1.00 HR | 27.96 | 27.96 | (0.00) | 27.96 |
| The above operation is for contents manipulation. | | | | | |
| 1,609.  R&R Security system - control panel | 1.00 EA | 1,200.00 | 1,200.00 | (0.00) | 1,200.00 |
| 1,610.  Cabinetry - Custom shelving | 1.00 EA | 250.00 | 250.00 | (0.00) | 250.00 |
| 1,652.  Drywall patch / small repair, ready for paint | 1.00 EA | 61.79 | 61.79 | (0.00) | 61.79 |
| 1,605.  Mask and prep for paint - plastic, paper, tape (per LF) | 66.47 LF | 0.72 | 47.86 | (0.00) | 47.86 |
| 1,591.  Paint the walls - two coats | 598.22 SF | 0.81 | 484.56 | (0.00) | 484.56 |
| 1,592.  Paint door/window trim & jamb - 2 coats (per side) | 3.00 EA | 16.75 | 50.25 | (0.00) | 50.25 |
| 1,593.  Paint door slab only - 2 coats (per side) | 1.00 EA | 27.85 | 27.85 | (0.00) | 27.85 |
| 1,602.  Paint bifold door set - slab only - 2 coats (per side) | 2.00 EA | 27.12 | 54.24 | (0.00) | 54.24 |
| 1,594.  Paint baseboard, oversized - two coats | 66.47 LF | 0.83 | 55.17 | (0.00) | 55.17 |
| 1,867.  Remove Carpet | 132.34 SF | 0.20 | 26.47 | (0.00) | 26.47 |
| 1,607.  Carpet | 152.19 SF | 3.06 | 465.70 | (0.00) | 465.70 |
| 15 % waste added for Carpet. | | | | | |
| 1,608.  R&R Carpet pad | 132.34 SF | 0.64 | 84.70 | (0.00) | 84.70 |
| 1,653.  R&R Baseboard - 6" hardwood | 66.47 LF | 5.54 | 368.24 | (0.00) | 368.24 |
| **Dwelling Totals:** | | | **3,766.50** | **0.00** | **3,766.50** |
| **Totals: Downstairs Bedroom** | | | **3,766.50** | **0.00** | **3,766.50** |

MENENDEZ-JOEL

7/14/2009        Page: 8

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186



| | **Laundry Room** | | | **LxWxH 8' 5" x 5' 8" x 9'** | |
|---|---|---|---|---|---|
| | 253.50 SF Walls | | | 47.69 SF Ceiling | |
| | 301.19 SF Walls & Ceiling | | | 47.69 SF Floor | |
| | 5.30 SY Flooring | | | 28.17 LF Floor Perimeter | |
| | 75.75 SF Long Wall | | | 51.00 SF Short Wall | |
| | 28.17 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| 1,630.  Clean the walls and ceiling | 301.19 SF | 0.15 | 45.18 | (0.00) | 45.18 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,649.  Light fixture – Detach & reset | 1.00 EA | 31.37 | 31.37 | (0.00) | 31.37 |
| 1,650.  Heat/AC register – Detach & reset | 1.00 EA | 14.92 | 14.92 | (0.00) | 14.92 |
| 1,651.  Texture drywall – light hand texture | 47.69 SF | 1.42 | 67.72 | (0.00) | 67.72 |
| 1,634.  Outlet or switch – Detach & reset | 2.00 EA | 11.25 | 22.50 | (0.00) | 22.50 |
| 1,635.  Interior door – Detach & reset | 1.00 EA | 35.15 | 35.15 | (0.00) | 35.15 |
| 1,640.  Cabinetry – Custom shelving | 1.00 EA | 200.00 | 200.00 | (0.00) | 200.00 |
| 1,654.  R&R Casing – 2 1/4" | 36.00 LF | 1.61 | 57.96 | (0.00) | 57.96 |
| The above operation is to replace two door casings. The above casings will be lost during the repair process. | | | | | |
| 1,641.  Mask and prep for paint – plastic, paper, tape (per LF) | 28.17 LF | 0.72 | 20.28 | (0.00) | 20.28 |
| 1,655.  Paint the ceiling – two coats | 47.69 SF | 0.81 | 38.63 | (0.00) | 38.63 |
| 1,642.  Paint the walls – two coats | 253.50 SF | 0.81 | 205.34 | (0.00) | 205.34 |
| 1,643.  Paint door/window trim & jamb – 2 coats (per side) | 2.00 EA | 16.75 | 33.50 | (0.00) | 33.50 |
| 1,644.  Paint door slab only – 2 coats (per side) | 2.00 EA | 27.85 | 55.70 | (0.00) | 55.70 |
| 1,656.  R&R Ceramic floor tile | 52.46 SF | 11.11 | 582.83 | (0.00) | 582.83 |
| The above operation includes 10% waste. | | | | | |
| 1,657.  Tile floor preperation | 47.69 SF | 1.89 | 90.13 | (0.00) | 90.13 |
| 1,658.  R&R Ceramic tile base | 28.17 LF | 12.32 | 347.05 | (0.00) | 347.05 |
| **Dwelling Totals:** | | | **1,848.26** | **0.00** | **1,848.26** |
| **Totals:  Laundry Room** | | | **1,848.26** | **0.00** | **1,848.26** |

MENENDEZ-JOEL

7/14/2009        Page: 9

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

| Dining Room | | | | LxWxH 13' 10 13/16" x 10' 2" x 9' | |
|---|---|---|---|---|---|
| | 308.11 SF Walls | | | 141.33 SF Ceiling | |
| | 449.44 SF Walls & Ceiling | | | 141.33 SF Floor | |
| | 15.70 SY Flooring | | | 34.23 LF Floor Perimeter | |
| | 125.11 SF Long Wall | | | 91.50 SF Short Wall | |
| | 34.23 LF Ceil. Perimeter | | | | |

| Missing Wall: | 1 - | 13'11" X 9'0" | Opens into Exterior | | Goes to Floor/Ceiling | |
|---|---|---|---|---|---|---|
| DESCRIPTION | | QNTY | UNIT COST | RCV | DEPREC. | ACV |

**DWELLING**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1,659.  Clean the walls and ceiling | 449.44  SF | 0.15 | 67.42 | (0.00) | 67.42 |

The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting.

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1,660.  Clean window unit (per side) 10 - 20 SF | 1.00  EA | 6.41 | 6.41 | (0.00) | 6.41 |
| 1,698.  R&R Window screen, 17 - 25 sf | 1.00  EA | 29.82 | 29.82 | (0.00) | 29.82 |
| 1,663.  R&R Window blind -- horizontal or vertical -- Extra large | 1.00  EA | 171.73 | 171.73 | (0.00) | 171.73 |
| 1,664.  R&R Chandelier - Average grade | 1.00  EA | 2,200.00 | 2,200.00 | (0.00) | 2,200.00 |
| 1,717.  Smoke detector - Detach & reset | 1.00  EA | 50.67 | 50.67 | (0.00) | 50.67 |
| 1,667.  Heat/AC register - Detach & reset | 1.00  EA | 14.92 | 14.92 | (0.00) | 14.92 |
| 1,669.  Drywall patch / small repair, ready for paint | 1.00  EA | 61.79 | 61.79 | (0.00) | 61.79 |
| 1,699.  Texture drywall - light hand texture | 308.11  SF | 1.42 | 437.52 | (0.00) | 437.52 |
| 1,670.  R&R Outlet | 5.00  EA | 13.82 | 69.10 | (0.00) | 69.10 |
| 1,689.  Mask and prep for paint - plastic, paper, tape (per LF) | 34.23  LF | 0.72 | 24.65 | (0.00) | 24.65 |
| 1,690.  Paint the ceiling -- two coats | 141.33  SF | 0.81 | 114.48 | (0.00) | 114.48 |
| 1,691.  Paint the walls - two coats | 308.11  SF | 0.81 | 249.57 | (0.00) | 249.57 |
| 1,694.  Paint baseboard, oversized - two coats | 34.23  LF | 0.83 | 28.41 | (0.00) | 28.41 |
| 1,695.  R&R Ceramic floor tile | 155.46  SF | 11.11 | 1,727.16 | (0.00) | 1,727.16 |
| The above operation includes 10% waste. | | | | | |
| 1,696.  Tile floor preperation | 141.33  SF | 1.89 | 267.11 | (0.00) | 267.11 |
| 1,697.  R&R Baseboard - 6" hardwood | 34.23  LF | 5.54 | 189.63 | (0.00) | 189.63 |

| Dwelling Totals: | | | 5,710.39 | 0.00 | 5,710.39 |
|---|---|---|---|---|---|

| Totals:  Dining Room | | | 5,710.39 | 0.00 | 5,710.39 |
|---|---|---|---|---|---|

MENENDEZ-JOEL

7/14/2009          Page: 10

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

| | Living Room | | | LxWxH 15' 9 5/8" x 10' 9 5/8" x 19' 7 3/16" | |
|---|---|---|---|---|---|
| | 770.55 SF Walls | | | 170.69 SF Ceiling | |
| | 941.24 SF Walls & Ceiling | | | 170.69 SF Floor | |
| | 18.97 SY Flooring | | | 39.31 LF Floor Perimeter | |
| | 309.69 SF Long Wall | | | 211.70 SF Short Wall | |
| | 53.21 LF Ceil. Perimeter | | | | |

**Missing Wall:**   1 -   13'11" X 19'7"      **Opens into Exterior**         **Goes to Floor**

| | Subroom 1:  foyer | | | LxWxH 10' 5" x 7' 6" x 18' 4" | |
|---|---|---|---|---|---|
| | 656.94 SF Walls | | | 78.13 SF Ceiling | |
| | 735.07 SF Walls & Ceiling | | | 78.13 SF Floor | |
| | 8.68 SY Flooring | | | 35.83 LF Floor Perimeter | |
| | 190.97 SF Long Wall | | | 137.50 SF Short Wall | |
| | 35.83 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| 1,700.  Clean the walls and ceiling | 1676.31  SF | 0.15 | 251.45 | (0.00) | 251.45 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,701.  Clean window unit (per side) 10 - 20 SF | 6.00  EA | 6.41 | 38.46 | (0.00) | 38.46 |
| 1,702.  R&R Window screen, 17 - 25 sf | 1.00  EA | 29.82 | 29.82 | (0.00) | 29.82 |
| 1,703.  R&R Window blind - horizontal or vertical - Extra large | 1.00  EA | 171.73 | 171.73 | (0.00) | 171.73 |
| 1,718.  R&R Window blind - horizontal or vertical | 2.00  EA | 94.40 | 188.80 | (0.00) | 188.80 |
| 1,719.  R&R Door chime | 1.00  EA | 104.39 | 104.39 | (0.00) | 104.39 |
| 1,720.  R&R Window drapery - hardware | 2.00  EA | 81.75 | 163.50 | (0.00) | 163.50 |
| 1,704.  Recessed light fixture - Detach & reset entire unit | 1.00  EA | 72.70 | 72.70 | (0.00) | 72.70 |
| 1,706.  Heat/AC register - Detach & reset | 1.00  EA | 14.92 | 14.92 | (0.00) | 14.92 |
| 1,707.  Drywall patch / small repair, ready for paint | 1.00  EA | 61.79 | 61.79 | (0.00) | 61.79 |
| 1,709.  R&R Outlet | 8.00  EA | 13.82 | 110.56 | (0.00) | 110.56 |
| 1,721.  Security system - motion detector - Detach & Reset | 1.00  EA | 58.98 | 58.98 | (0.00) | 58.98 |
| 1,724.  Scaffold - Minimum charge | 1.00  EA | 150.00 | 150.00 | (0.00) | 150.00 |
| 1,725.  R&R Casing - 2 1/4" | 22.00  LF | 1.61 | 35.42 | (0.00) | 35.42 |
| The above operation is to replace one door casing. The above casing will be lost during the repair process. | | | | | |

MENENDEZ-JOEL

7/14/2009      Page: 11

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST SUITE 106
MIAMI,FL 33186

**CONTINUED - Living Room**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1,710. Mask and prep for paint - plastic, paper, tape (per LF) | 89.04 LF | 0.72 | 64.11 | (0.00) | 64.11 |
| 1,711. Paint the ceiling - two coats | 248.81 SF | 0.81 | 201.54 | (0.00) | 201.54 |
| 1,712. Paint the walls - two coats | 1427.50 SF | 0.81 | 1,156.28 | (0.00) | 1,156.28 |
| 1,722. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 16.75 | 16.75 | (0.00) | 16.75 |
| 1,723. Paint door slab only - 2 coats (per side) | 2.00 EA | 27.85 | 55.70 | (0.00) | 55.70 |
| 1,713. Paint baseboard, oversized - two coats | 37.57 LF | 0.83 | 31.18 | (0.00) | 31.18 |
| 1,714. R&R Ceramic floor tile | 273.70 SF | 11.11 | 3,040.80 | (0.00) | 3,040.80 |
| The above operation includes 10% waste. | | | | | |
| 1,715. Tile floor preperation | 248.81 SF | 1.89 | 470.25 | (0.00) | 470.25 |
| 1,716. R&R Baseboard - 6" hardwood | 37.57 LF | 5.54 | 208.14 | (0.00) | 208.14 |

| | | | | | |
|---|---|---|---|---|---|
| **Dwelling Totals:** | | | 6,697.27 | 0.00 | 6,697.27 |
| **Totals: Living Room** | | | 6,697.27 | 0.00 | 6,697.27 |

| Stairway | | | | LxWxH 16' x 3' x 10' |
|---|---|---|---|---|



| 380.00 SF Walls | 48.00 SF Ceiling |
|---|---|
| 428.00 SF Walls & Ceiling | 48.00 SF Floor |
| 5.33 SY Flooring | 38.00 LF Floor Perimeter |
| 160.00 SF Long Wall | 30.00 SF Short Wall |
| 38.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| DWELLING | | | | | |
| 1,728. Clean the walls and ceiling | 428.00 SF | 0.15 | 64.20 | (0.00) | 64.20 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,737. Drywall patch / small repair, ready for paint | 1.00 EA | 61.79 | 61.79 | (0.00) | 61.79 |

MENENDEZ-JOEL                                                          7/14/2009        Page: 12

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

CONTINUED - Stairway

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1,743.  Mask and prep for paint - plastic, paper, tape (per LF) | 38.00  LF | 0.72 | 27.36 | (0.00) | 27.36 |
| 1,744.  Paint part of the walls - two coats | 190.00  SF | 0.81 | 153.90 | (0.00) | 153.90 |
| 1,751.  Paint balustrade | 32.00  LF | 8.96 | 286.72 | (0.00) | 286.72 |
| 1,747.  Paint baseboard, oversized - two coats | 19.00  LF | 0.83 | 15.77 | (0.00) | 15.77 |
| 1,748.  R&R Marble or Granite floor tile | 96.00  SF | 40.41 | 3,879.36 | (0.00) | 3,879.36 |
| The above operation includes 10% waste. | | | | | |
| 1,749.  Tile floor preperation | 48.00  SF | 1.89 | 90.72 | (0.00) | 90.72 |
| 1,750.  R&R Baseboard - 6" hardwood | 19.00  LF | 5.54 | 105.26 | (0.00) | 105.26 |
| **Dwelling Totals:** | | | **4,685.08** | **0.00** | **4,685.08** |
| **Totals:  Stairway** | | | **4,685.08** | **0.00** | **4,685.08** |

| Loft | | LxWxH 22' x 10' x 8' 9" |
|---|---|---|
| | 560.00 SF Walls | 220.00 SF Ceiling |
| | 780.00 SF Walls & Ceiling | 220.00 SF Floor |
| | 24.44 SY Flooring | 64.00 LF Floor Perimeter |
| | 192.50 SF Long Wall | 87.50 SF Short Wall |
| | 64.00 LF Ceil. Perimeter | |

| Subroom 1:  hallway | | LxWxH 7' 4" x 5' 3" x 8' 9" |
|---|---|---|
| | 220.21 SF Walls | 38.50 SF Ceiling |
| | 258.71 SF Walls & Ceiling | 38.50 SF Floor |
| | 4.28 SY Flooring | 25.17 LF Floor Perimeter |
| | 64.17 SF Long Wall | 45.94 SF Short Wall |
| | 25.17 LF Ceil. Perimeter | |

MENENDEZ-JOEL

7/14/2009        Page: 13

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

| Subroom 2: a/c closet | | LxWxH 2' 10 13/16" x 2' 6" x 6' 8" |
|---|---|---|

| | |
|---|---|
| 72.01 SF Walls | 7.25 SF Ceiling |
| 79.26 SF Walls & Ceiling | 7.25 SF Floor |
| 0.81 SY Flooring | 10.80 LF Floor Perimeter |
| 19.34 SF Long Wall | 16.67 SF Short Wall |
| 10.80 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| 1,752.  Clean the walls and ceiling | 1117.97 SF | 0.15 | 167.70 | (0.00) | 167.70 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,753.  Clean window unit (per side) 10 = 20 SF | 2.00 EA | 6.41 | 12.82 | (0.00) | 12.82 |
| 1,756.  R&R Ceiling fan & light | 1.00 EA | 228.56 | 228.56 | (0.00) | 228.56 |
| 1,769.  Light fixture - Detach & reset | 2.00 EA | 31.37 | 62.74 | (0.00) | 62.74 |
| 1,770.  Recessed light fixture - Detach & reset entire unit | 1.00 EA | 72.70 | 72.70 | (0.00) | 72.70 |
| 1,757.  Smoke detector - Detach & reset | 2.00 EA | 50.67 | 101.34 | (0.00) | 101.34 |
| 1,758.  Heat/AC register - Detach & reset | 1.00 EA | 14.92 | 14.92 | (0.00) | 14.92 |
| 1,759.  Drywall patch / small repair, ready for paint | 1.00 EA | 61.79 | 61.79 | (0.00) | 61.79 |
| 1,761.  R&R Outlet | 5.00 EA | 13.82 | 69.10 | (0.00) | 69.10 |
| 1,774.  R&R Bifold door - Colonist - Single | 1.00 EA | 94.69 | 94.69 | (0.00) | 94.69 |
| 1,775.  Thermostat - Detach & reset | 1.00 EA | 59.79 | 59.79 | (0.00) | 59.79 |
| 1,776.  R&R Casing - 2 1/4" | 94.00 LF | 1.61 | 151.34 | (0.00) | 151.34 |
| The above operation is to replace five door casings. The above casings will be lost during the repair process. | | | | | |
| 1,762.  Mask and prep for paint - plastic, paper, tape (per LF) | 99.97 LF | 0.72 | 71.98 | (0.00) | 71.98 |
| 1,763.  Paint the ceiling - two coats | 265.75 SF | 0.81 | 215.26 | (0.00) | 215.26 |
| 1,764.  Paint the walls - two coats | 852.22 SF | 0.81 | 690.30 | (0.00) | 690.30 |
| 1,771.  Paint door/window trim & jamb - 2 coats (per side) | 5.00 EA | 16.75 | 83.75 | (0.00) | 83.75 |
| 1,772.  Paint door slab only - 2 coats (per side) | 5.00 EA | 27.85 | 139.25 | (0.00) | 139.25 |
| 1,773.  Paint bifold door set - slab only - 2 coats (per side) | 1.00 EA | 27.12 | 27.12 | (0.00) | 27.12 |
| 1,766.  R&R Marble or Granite floor tile | 292.33 SF | 40.41 | 11,813.05 | (0.00) | 11,813.05 |
| The above operation includes 10% waste. | | | | | |
| 1,767.  1/2" durock | 292.33 SF | 1.85 | 540.81 | (0.00) | 540.81 |
| 1,768.  Marble base | 99.97 LF | 17.86 | 1,785.46 | (0.00) | 1,785.46 |

| | | |
|---|---|---|
| MENENDEZ-JOEL | 7/14/2009 | Page: 14 |

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

**CONTINUED - Loft**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Dwelling Totals:** | | | 16,464.47 | 0.00 | 16,464.47 |
| **Totals:  Loft** | | | 16,464.47 | 0.00 | 16,464.47 |

| Hall Bathroom | | | | LxWxH 8' 4" x 5' 9" x 8' 9 5/8" | |
|---|---|---|---|---|---|



247.92 SF Walls  
295.84 SF Walls & Ceiling  
5.32 SY Flooring  
73.35 SF Long Wall  
28.17 LF Ceil. Perimeter  

47.92 SF Ceiling  
47.92 SF Floor  
28.17 LF Floor Perimeter  
50.61 SF Short Wall  

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| 1,909. R&R 1/2" water rock (greenboard) hung, taped ready for texture | 247.92 SF | 2.15 | 533.03 | (0.00) | 533.03 |
| 1,910. Texture drywall - light hand texture | 47.92 SF | 1.42 | 68.05 | (0.00) | 68.05 |
| 1,876. Heat/AC register - Detach & reset | 1.00 EA | 14.92 | 14.92 | (0.00) | 14.92 |
| 1,882. R&R Casing - 2 1/4" | 36.00 LF | 1.61 | 57.96 | (0.00) | 57.96 |
| The above operation is to replace two door casings. The above casings will be lost during the repair process. | | | | | |
| 1,875. Light fixture | 1.00 EA | 49.02 | 49.02 | (0.00) | 49.02 |
| 1,879. R&R Outlet | 1.00 EA | 13.82 | 13.82 | (0.00) | 13.82 |
| 1,883. R&R Bifold door - Colonist - Single | 1.00 EA | 94.47 | 94.47 | (0.00) | 94.47 |
| 1,912. R&R Interior door unit | 1.00 EA | 160.21 | 160.21 | (0.00) | 160.21 |
| 1,913. R&R Door knob - interior | 1.00 EA | 44.08 | 44.08 | (0.00) | 44.08 |
| 1,885. Aluminum window, horiz. slider 3-11 sf | 1.00 EA | 142.42 | 142.42 | (0.00) | 142.42 |
| 1,914. Toilet - Detach & reset | 1.00 EA | 156.93 | 156.93 | (0.00) | 156.93 |
| 1,915. R&R Tub/shower faucet | 1.00 EA | 211.04 | 211.04 | (0.00) | 211.04 |
| 1,916. R&R Vanity with Granite or Marble top with faucet | 1.00 EA | 1,200.00 | 1,200.00 | (0.00) | 1,200.00 |

MENENDEZ-JOEL

7/14/2009     Page: 15

**L & M CONSTRUCTION MANAGMENT GROUP INC.**

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

**CONTINUED - Hall Bathroom**

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1,917. R&R Drain/Vent line - ABS pipe with fitting and hanger, 1-1/2" | 3.00 LF | 6.48 | 19.44 | (0.00) | 19.44 |
| 1,898. Mask and prep for paint - plastic, paper, tape (per LF) | 28.17 LF | 0.72 | 20.28 | (0.00) | 20.28 |
| 1,899. Paint the ceiling - two coats | 47.92 SF | 0.81 | 38.82 | (0.00) | 38.82 |
| 1,901. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 16.75 | 33.50 | (0.00) | 33.50 |
| 1,911. Paint door slab only - 2 coats (per side) | 1.00 EA | 27.85 | 27.85 | (0.00) | 27.85 |
| 1,902. Paint bifold door set - slab only - 2 coats (per side) | 1.00 EA | 27.12 | 27.12 | (0.00) | 27.12 |
| 1,918. Wall mounted Granite or Marble | 247.92 SF | 61.79 | 15,318.98 | (0.00) | 15,318.98 |
| 1,907. R&R Marble or Granite floor tile | 52.71 SF | 40.41 | 2,130.01 | (0.00) | 2,130.01 |
| The above operation includes 10% waste. | | | | | |
| 1,908. 1/2" durock | 52.71 SF | 1.85 | 97.51 | (0.00) | 97.51 |
| **Dwelling Totals:** | | | **20,459.46** | **0.00** | **20,459.46** |
| **Totals:  Hall Bathroom** | | | **20,459.46** | **0.00** | **20,459.46** |



| Northwest Bedroom | LxWxH 12' 2" x 11' 1" x 9' |
|---|---|
| 418.50 SF Walls | 134.85 SF Ceiling |
| 553.35 SF Walls & Ceiling | 134.85 SF Floor |
| 14.98 SY Flooring | 46.50 LF Floor Perimeter |
| 109.50 SF Long Wall | 99.75 SF Short Wall |
| 46.50 LF Ceil. Perimeter | |

MENENDEZ-JOEL                                    7/14/2009        Page: 16

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI, FL 33186

| | | | | | |
|---|---|---|---|---|---|
| **Subroom 1:  closet** | | | | **LxWxH 6' 5" x 2' 3" x 9'** | |



| | |
|---|---|
| 156.00 SF Walls | 14.44 SF Ceiling |
| 170.44 SF Walls & Ceiling | 14.44 SF Floor |
| 1.60 SY Flooring | 17.33 LF Floor Perimeter |
| 57.75 SF Long Wall | 20.25 SF Short Wall |
| 17.33 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **DWELLING** | | | | | | |
| 1,777.  Clean the walls and ceiling | 723.78 | SF | 0.15 | 108.57 | (0.00) | 108.57 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | | |
| 1,778.  Clean window unit (per side) 10 - 20 SF | 1.00 | EA | 6.41 | 6.41 | (0.00) | 6.41 |
| 1,799.  R&R Aluminum window, horiz. slider 3-11 sf | 2.00 | EA | 158.94 | 317.88 | (0.00) | 317.88 |
| 1,800.  R&R Window blind - horizontal or vertical | 1.00 | EA | 94.40 | 94.40 | (0.00) | 94.40 |
| 1,801.  R&R Window screen, 10 - 16 sf | 1.00 | EA | 23.83 | 23.83 | (0.00) | 23.83 |
| 1,779.  R&R Ceiling fan & light | 1.00 | EA | 228.56 | 228.56 | (0.00) | 228.56 |
| 1,784.  Drywall patch / small repair, ready for paint | 1.00 | EA | 61.79 | 61.79 | (0.00) | 61.79 |
| 1,785.  Outlet or switch - Detach & reset | 7.00 | EA | 11.25 | 78.75 | (0.00) | 78.75 |
| 1,806.  Cabinetry - Custom built shelving | 1.00 | EA | 3,000.00 | 3,000.00 | (0.00) | 3,000.00 |
| 1,786.  R&R Bifold door - Colonist - Single | 1.00 | EA | 94.69 | 94.69 | (0.00) | 94.69 |
| 1,802.  R&R Interior door unit | 1.00 | EA | 160.21 | 160.21 | (0.00) | 160.21 |
| 1,803.  R&R Door knob - interior | 1.00 | EA | 44.08 | 44.08 | (0.00) | 44.08 |
| 1,788.  R&R Casing - 2 1/4" | 18.00 | LF | 1.61 | 28.98 | (0.00) | 28.98 |
| The above operation is to replace one door casing. The above casing will be lost during the repair process. | | | | | | |
| 1,804.  R&R Wallpaper | 631.95 | SF | 3.96 | 2,502.53 | (0.00) | 2,502.53 |
| 1,805.  Prep wall for wallpaper | 574.50 | SF | 0.34 | 195.33 | (0.00) | 195.33 |
| 1,807.  R&R Crown molding - oversized - 4 1/4" | 63.83 | LF | 5.36 | 342.13 | (0.00) | 342.13 |
| 1,789.  Mask and prep for paint - plastic, paper, tape (per LF) | 63.83 | LF | 0.72 | 45.96 | (0.00) | 45.96 |
| 1,792.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 | EA | 16.75 | 16.75 | (0.00) | 16.75 |
| 1,793.  Paint door slab only - 2 coats (per side) | 1.00 | EA | 27.85 | 27.85 | (0.00) | 27.85 |
| 1,794.  Paint bifold door set - slab only - 2 coats (per side) | 1.00 | EA | 27.12 | 27.12 | (0.00) | 27.12 |
| 1,808.  Paint crown molding, oversized - two coats | 63.83 | LF | 0.82 | 52.34 | (0.00) | 52.34 |

MENENDEZ-JOEL

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

CONTINUED – Northwest Bedroom

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1,796.  R&R Marble or Granite floor tile | 164.21  SF | 40.41 | 6,635.72 | (0.00) | 6,635.72 |
| The above operation includes 10% waste. | | | | | |
| 1,797.  1/2" durock | 164.21  SF | 1.85 | 303.79 | (0.00) | 303.79 |
| 1,798.  Marble base | 63.83  LF | 17.86 | 1,140.00 | (0.00) | 1,140.00 |
| **Dwelling Totals:** | | | 15,537.67 | 0.00 | 15,537.67 |
| **Totals:  Northwest Bedroom** | | | 15,537.67 | 0.00 | 15,537.67 |

**North Bedroom** | **LxWxH 11' 1" x 10' 4" x 8' 9 5/8"**

377.01 SF Walls
491.54 SF Walls & Ceiling
12.73 SY Flooring
97.55 SF Long Wall
42.83 LF Ceil. Perimeter

114.53 SF Ceiling
114.53 SF Floor
42.83 LF Floor Perimeter
90.95 SF Short Wall

**Subroom 1:  closet** | **LxWxH 6' 5" x 2' 3" x 8' 9 5/8"**

152.57 SF Walls
167.00 SF Walls & Ceiling
1.60 SY Flooring
56.48 SF Long Wall
17.33 LF Ceil. Perimeter

14.44 SF Ceiling
14.44 SF Floor
17.33 LF Floor Perimeter
19.80 SF Short Wall

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| DWELLING | | | | | |
| 1,809.  Clean the walls and ceiling | 658.54  SF | 0.15 | 98.78 | (0.00) | 98.78 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,810.  Clean window unit (per side) 10 - 20 SF | 1.00  EA | 6.41 | 6.41 | (0.00) | 6.41 |

MENENDEZ-JOEL

7/14/2009       Page: 18

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

**CONTINUED - North Bedroom**

| DESCRIPTION | QNTY | | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1,812.  R&R Window blind - horizontal or vertical | 1.00 | EA | 94.40 | 94.40 | (0.00) | 94.40 |
| 1,813.  R&R Window screen, 10 - 16 sf | 1.00 | EA | 23.83 | 23.83 | (0.00) | 23.83 |
| 1,814.  R&R Ceiling fan & light | 1.00 | EA | 228.56 | 228.56 | (0.00) | 228.56 |
| 1,833.  Light fixture - Detach & reset | 1.00 | EA | 31.37 | 31.37 | (0.00) | 31.37 |
| 1,834.  Heat/AC register - Detach & reset | 1.00 | EA | 14.92 | 14.92 | (0.00) | 14.92 |
| 1,835.  Smoke detector - Detach & reset | 1.00 | EA | 50.67 | 50.67 | (0.00) | 50.67 |
| 1,815.  Drywall patch / small repair, ready for paint | 1.00 | EA | 61.79 | 61.79 | (0.00) | 61.79 |
| 1,816.  Outlet or switch - Detach & reset | 8.00 | EA | 11.25 | 90.00 | (0.00) | 90.00 |
| 1,817.  Cabinetry - Custom built shelving | 1.00 | EA | 350.00 | 350.00 | (0.00) | 350.00 |
| 1,818.  Bifold door set - (4 slabs only) - Double Detach & reset | 2.00 | EA | 33.20 | 66.40 | (0.00) | 66.40 |
| 1,819.  R&R Interior door unit | 1.00 | EA | 160.21 | 160.21 | (0.00) | 160.21 |
| 1,820.  R&R Door knob - interior | 1.00 | EA | 44.08 | 44.08 | (0.00) | 44.08 |
| 1,821.  R&R Casing - 2 1/4" | 54.00 | LF | 1.61 | 86.94 | (0.00) | 86.94 |
| The above operation is to replace three door casings. The above casings will be lost during the repair process. | | | | | | |
| 1,823.  Wallpaper border | 60.17 | LF | 2.07 | 124.55 | (0.00) | 124.55 |
| 1,824.  R&R Crown molding - oversized - 4 1/4" | 60.17 | LF | 5.36 | 322.52 | (0.00) | 322.52 |
| 1,825.  Mask and prep for paint - plastic, paper, tape (per LF) | 60.17 | LF | 0.72 | 43.32 | (0.00) | 43.32 |
| 1,836.  Paint the ceiling - two coats | 128.97 | SF | 0.81 | 104.47 | (0.00) | 104.47 |
| 1,837.  Paint the walls - two coats | 529.58 | SF | 0.81 | 428.96 | (0.00) | 428.96 |
| 1,826.  Paint door/window trim & jamb - 2 coats (per side) | 3.00 | EA | 16.75 | 50.25 | (0.00) | 50.25 |
| 1,827.  Paint door slab only - 2 coats (per side) | 3.00 | EA | 27.85 | 83.55 | (0.00) | 83.55 |
| 1,828.  Paint bifold door set - slab only - 2 coats (per side) | 2.00 | EA | 27.12 | 54.24 | (0.00) | 54.24 |
| 1,829.  Paint crown molding, oversized - two coats | 60.17 | LF | 0.82 | 49.34 | (0.00) | 49.34 |
| 1,830.  R&R Marble or Granite floor tile | 141.86 | SF | 40.41 | 5,732.57 | (0.00) | 5,732.57 |
| The above operation includes 10% waste. | | | | | | |
| 1,831.  1/2" durock | 141.86 | SF | 1.85 | 262.44 | (0.00) | 262.44 |
| 1,832.  Marble base | 60.17 | LF | 17.86 | 1,074.64 | (0.00) | 1,074.64 |

MENENDEZ-JOEL

7/14/2009      Page: 19

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

CONTINUED - North Bedroom

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **Dwelling Totals:** | | | 9,739.21 | 0.00 | 9,739.21 |
| **Totals: North Bedroom** | | | 9,739.21 | 0.00 | 9,739.21 |

| Master Bedroom | | | LxWxH 15' 9 5/8" x 13' 7 3/16" x 9' 5" | | |
|---|---|---|---|---|---|



| 553.70 SF Walls | 214.88 SF Ceiling |
|---|---|
| 768.59 SF Walls & Ceiling | 214.88 SF Floor |
| 23.88 SY Flooring | 58.80 LF Floor Perimeter |
| 148.80 SF Long Wall | 128.05 SF Short Wall |
| 58.80 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| DWELLING | | | | | |
| 1,838.  Clean the walls and ceiling | 768.59  SF | 0.15 | 115.29 | (0.00) | 115.29 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,840.  R&R Window blind - horizontal or vertical | 2.00  EA | 94.40 | 188.80 | (0.00) | 188.80 |
| 1,865.  R&R Aluminum window, horiz. slider 12-23 sf | 2.00  EA | 211.86 | 423.72 | (0.00) | 423.72 |
| 1,842.  R&R Ceiling fan & light | 1.00  EA | 450.00 | 450.00 | (0.00) | 450.00 |
| 1,844.  Heat/AC register - Detach & reset | 1.00  EA | 14.92 | 14.92 | (0.00) | 14.92 |
| 1,845.  Smoke detector - Detach & reset | 1.00  EA | 50.67 | 50.67 | (0.00) | 50.67 |
| 1,846.  Drywall patch / small repair, ready for paint | 1.00  EA | 61.79 | 61.79 | (0.00) | 61.79 |
| 1,847.  Outlet | 9.00  EA | 10.14 | 91.26 | (0.00) | 91.26 |
| 1,850.  R&R Interior door unit | 2.00  EA | 160.21 | 320.42 | (0.00) | 320.42 |
| 1,851.  R&R Door knob - interior | 1.00  EA | 44.08 | 44.08 | (0.00) | 44.08 |
| 1,852.  R&R Casing - 2 1/4" | 22.00  LF | 1.61 | 35.42 | (0.00) | 35.42 |
| The above operation is to replace one door casing. The above casing will be lost during the repair process. | | | | | |
| 1,866.  R&R Sill - cultured marble | 8.00  LF | 11.48 | 91.84 | (0.00) | 91.84 |

MENENDEZ-JOEL

7/14/2009          Page: 20

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

CONTINUED - Master Bedroom

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1,855. Mask and prep for paint - plastic, paper, tape (per LF) | 58.80 LF | 0.72 | 42.34 | (0.00) | 42.34 |
| 1,856. Paint the ceiling - two coats | 214.88 SF | 0.81 | 174.05 | (0.00) | 174.05 |
| 1,857. Paint the walls - two coats | 553.70 SF | 0.81 | 448.50 | (0.00) | 448.50 |
| 1,858. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 16.75 | 16.75 | (0.00) | 16.75 |
| 1,859. Paint door slab only - 2 coats (per side) | 2.00 EA | 27.85 | 55.70 | (0.00) | 55.70 |
| 1,862. R&R Marble or Granite floor tile | 236.37 SF | 40.41 | 9,551.71 | (0.00) | 9,551.71 |
| The above operation includes 10% waste. | | | | | |
| 1,863. 1/2" durock | 236.37 SF | 1.85 | 437.28 | (0.00) | 437.28 |
| 1,864. Marble base | 58.80 LF | 17.86 | 1,050.17 | (0.00) | 1,050.17 |
| **Dwelling Totals:** | | | **13,664.71** | **0.00** | **13,664.71** |
| **Totals: Master Bedroom** | | | **13,664.71** | **0.00** | **13,664.71** |



**Master Closet**                                      **LxWxH 8' 9" x 4' 9" x 8' 9 5/8"**

237.65 SF Walls                          41.56 SF Ceiling
279.21 SF Walls & Ceiling                41.56 SF Floor
4.62 SY Flooring                         27.00 LF Floor Perimeter
77.02 SF Long Wall                       41.81 SF Short Wall
27.00 LF Ceil. Perimeter

**Subroom 1:  closet #2**                              **LxWxH 5' x 4' 8" x 8' 9 5/8"**

170.17 SF Walls                          23.33 SF Ceiling
193.50 SF Walls & Ceiling                23.33 SF Floor
2.59 SY Flooring                         19.33 LF Floor Perimeter
44.01 SF Long Wall                       41.08 SF Short Wall
19.33 LF Ceil. Perimeter

MENENDEZ-JOEL                                          7/14/2009        Page: 21

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186



| | | | |
|---|---|---|---|
| **Subroom 2:  closet #3** | | **LxWxH 2' x 1' 6" x 8' 9 5/8"** | |
| 61.61 SF Walls | | 3.00 SF Ceiling | |
| 64.61 SF Walls & Ceiling | | 3.00 SF Floor | |
| 0.33 SY Flooring | | 7.00 LF Floor Perimeter | |
| 17.60 SF Long Wall | | 13.20 SF Short Wall | |
| 7.00 LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| 1,919.  Clean the walls and ceiling | 537.33  SF | 0.15 | 80.60 | (0.00) | 80.60 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,925.  Drywall patch / small repair, ready for paint | 1.00  EA | 61.79 | 61.79 | (0.00) | 61.79 |
| 1,927.  Cabinetry - Custom built shelving | 1.00  EA | 900.00 | 900.00 | (0.00) | 900.00 |
| 1,935.  Mask and prep for paint - plastic, paper, tape (per LF) | 53.33  LF | 0.72 | 38.40 | (0.00) | 38.40 |
| 1,938.  Paint bifold door set - slab only - 2 coats (per side) | 3.00  EA | 27.12 | 81.36 | (0.00) | 81.36 |
| 1,943.  Paint baseboard, oversized - two coats | 53.33  LF | 0.83 | 44.26 | (0.00) | 44.26 |
| 1,978.  Remove Carpet | 67.90  SF | 0.20 | 13.58 | (0.00) | 13.58 |
| 1,944.  Carpet | 78.08  SF | 3.06 | 238.92 | (0.00) | 238.92 |
| 15 % waste added for Carpet. | | | | | |
| 1,945.  R&R Carpet pad | 67.90  SF | 0.64 | 43.46 | (0.00) | 43.46 |
| 1,946.  R&R Baseboard - 6" hardwood | 53.33  LF | 5.54 | 295.45 | (0.00) | 295.45 |
| **Dwelling Totals:** | | | 1,797.82 | 0.00 | 1,797.82 |
| **Totals:  Master Closet** | | | 1,797.82 | 0.00 | 1,797.82 |

| | | | |
|---|---|---|---|
| **Master Bath** | | **LxWxH 13' 3" x 13' 2" x 8' 9 5/8"** | |
| 465.03 SF Walls | | 174.46 SF Ceiling | |
| 639.49 SF Walls & Ceiling | | 174.46 SF Floor | |
| 19.38 SY Flooring | | 52.83 LF Floor Perimeter | |
| 116.62 SF Long Wall | | 115.89 SF Short Wall | |
| 52.83 LF Ceil. Perimeter | | | |

MENENDEZ-JOEL                                                                7/14/2009        Page: 22

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

| | | | |
|---|---|---|---|
| **Subroom 1: offset** | | | **LxWxH 9' 2" x 3' x 8' 9 5/8"** |



| | |
|---|---|
| 214.18 SF Walls | 27.50 SF Ceiling |
| 241.68 SF Walls & Ceiling | 27.50 SF Floor |
| 3.06 SY Flooring | 24.33 LF Floor Perimeter |
| 80.68 SF Long Wall | 26.41 SF Short Wall |
| 24.33 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| Room was squared off for estimating purposes. | | | | | |
| 1,969.  Clean the walls and ceiling | 881.17  SF | 0.15 | 132.18 | (0.00) | 132.18 |
| The above operation is to remove all of the dust from the walls and ceiling that will be created during the repair process prior to painting. | | | | | |
| 1,972.  Clean window unit (per side) 10 - 20 SF | 3.00  EA | 6.41 | 19.23 | (0.00) | 19.23 |
| 1,956.  Aluminum window, horiz. slider 3-11 sf | 1.00  EA | 142.42 | 142.42 | (0.00) | 142.42 |
| 1,954.  R&R Interior door unit | 1.00  EA | 160.21 | 160.21 | (0.00) | 160.21 |
| 1,955.  R&R Door knob - interior | 1.00  EA | 44.08 | 44.08 | (0.00) | 44.08 |
| 1,947.  R&R 1/2" water rock (greenboard) hung, taped ready for texture | 203.76  SF | 2.15 | 438.09 | (0.00) | 438.09 |
| 1,950.  R&R Casing - 2 1/4" | 94.00  LF | 1.61 | 151.34 | (0.00) | 151.34 |
| The above operation is to replace five door casings. The above casings will be lost during the repair process. | | | | | |
| 1,951.  Light fixture - Detach & reset | 2.00  EA | 31.37 | 62.74 | (0.00) | 62.74 |
| 1,952.  Outlet or switch - Detach & reset | 3.00  EA | 11.25 | 33.75 | (0.00) | 33.75 |
| 1,971.  R&R Mirror - 1/4" plate glass | 24.00  SF | 9.74 | 233.76 | (0.00) | 233.76 |
| 1,957.  Toilet - Detach & reset | 1.00  EA | 156.93 | 156.93 | (0.00) | 156.93 |
| 1,958.  R&R Tub/shower faucet | 1.00  EA | 211.04 | 211.04 | (0.00) | 211.04 |
| 1,959.  R&R Vanity with Granite or Marble top with faucet | 1.00  EA | 2,500.00 | 2,500.00 | (0.00) | 2,500.00 |
| 1,960.  R&R Drain/Vent line - ABS pipe with fitting and hanger, 1-1/2" | 3.00  LF | 6.48 | 19.44 | (0.00) | 19.44 |
| 1,973.  R&R Chandelier - Average grade | 1.00  EA | 216.51 | 216.51 | (0.00) | 216.51 |
| 1,974.  Shower pan | 1.00  EA | 132.14 | 132.14 | (0.00) | 132.14 |
| 1,975.  R&R Mortar bed for ceramic tile | 1.00  EA | 175.00 | 175.00 | (0.00) | 175.00 |
| 1,976.  Tile Curb | 6.00  LF | 13.89 | 83.34 | (0.00) | 83.34 |
| 1,961.  Mask and prep for paint - plastic, paper, tape (per LF) | 77.17  LF | 0.72 | 55.56 | (0.00) | 55.56 |
| 1,962.  Paint part of the walls - two coats | 339.60  SF | 0.81 | 275.08 | (0.00) | 275.08 |

MENENDEZ-JOEL                                                                7/14/2009        Page: 23

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

### CONTINUED - Master Bath

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 1,963.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 16.75 | 33.50 | (0.00) | 33.50 |
| 1,964.  Paint door slab only - 2 coats (per side) | 1.00 EA | 27.85 | 27.85 | (0.00) | 27.85 |
| 1,966.  Wall mounted Granite or Marble | 135.84 SF | 61.79 | 8,393.55 | (0.00) | 8,393.55 |
| 1,967.  R&R Marble or Granite floor tile | 161.57 SF | 40.41 | 6,529.05 | (0.00) | 6,529.05 |
| The above operation includes 10% waste. | | | | | |
| 1,968.  1/2" durock | 161.57 SF | 1.85 | 298.90 | (0.00) | 298.90 |
| 1,977.  Marble base | 54.02 LF | 17.86 | 964.80 | (0.00) | 964.80 |
| **Dwelling Totals:** | | | **21,490.49** | **0.00** | **21,490.49** |
| **Totals:  Master Bath** | | | **21,490.49** | **0.00** | **21,490.49** |

### General Conditions

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| **DWELLING** | | | | | |
| 154.  Furnace - forced air - high efficiency - 75,000 BTU | 1.00 EA | 2,045.41 | 2,045.41 | (0.00) | 2,045.41 |
| 1,726.  R&R Central air conditioning system - 5 ton - 14-15 SEER | 1.00 EA | 4,345.49 | 4,345.49 | (0.00) | 4,345.49 |
| 1,727.  Central air cond. system - recharge - 17lb refrigerant | 1.00 EA | 448.11 | 448.11 | (0.00) | 448.11 |
| 155.  Clean Ductwork | 1.00 EA | 275.00 | 275.00 | (0.00) | 275.00 |
| 156.  Megohmmeter check electrical circuits - average residence | 1.00 EA | 334.93 | 334.93 | (0.00) | 334.93 |
| 157.  General Laborer - per hour | 32.00 HR | 27.96 | 894.72 | (0.00) | 894.72 |
| The above operation is for laborers to address the cartage of all waste from the risk to the dumpster. | | | | | |
| 158.  Cleaning Technician - incl. cleaning agent - per hour | 32.00 HR | 36.43 | 1,165.76 | (0.00) | 1,165.76 |
| The above operation is for maids to address the progressive and final cleaning. | | | | | |

MENENDEZ-JOEL                                          7/14/2009        Page: 24

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

### CONTINUED - General Conditions

| DESCRIPTION | QNTY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 159. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 532.00 | 532.00 | (0.00) | 532.00 |
| 160. Administrative/supervisor of site | 40.00 HR | 0.00 | 0.00 | (0.00) | 0.00 |
| **Dwelling Totals:** | | | 10,041.42 | 0.00 | 10,041.42 |
| **Totals:  General Conditions** | | | 10,041.42 | 0.00 | 10,041.42 |
| **Area Dwelling Total:** | | | 171,675.81 | 0.00 | 171,675.81 |
| **Area Contents Total:** | | | 48.95 | 0.00 | 48.95 |
| **Line Item Subtotals:  MENENDEZ-JOEL** | | | 171,724.76 | 0.00 | 171,724.76 |

| Adjustments for Base Service Charges | | | | | Adjustment |
|---|---|---|---|---|---|
| Carpenter - Finish, Trim/Cabinet | | | | | 112.42 |
| Coverage | Dwelling | @ | 100.00 % = | 112.42 | |
| Carpenter - Mechanic | | | | | 114.62 |
| Coverage | Dwelling | @ | 100.00 % = | 114.62 | |
| Cleaning Technician | | | | | 39.94 |
| Coverage | Dwelling | @ | 100.00 % = | 39.94 | |
| Drywall Installer/Finisher | | | | | 353.56 |
| Coverage | Dwelling | @ | 100.00 % = | 353.56 | |
| Electrician | | | | | 139.38 |
| Coverage | Dwelling | @ | 100.00 % = | 139.38 | |
| Flooring Installer | | | | | 129.30 |
| Coverage | Dwelling | @ | 100.00 % = | 129.30 | |
| Hardware Installer | | | | | 107.52 |
| Coverage | Dwelling | @ | 100.00 % = | 107.52 | |
| Heating / A.C. Mechanic | | | | | 237.04 |
| Coverage | Dwelling | @ | 100.00 % = | 237.04 | |
| General Laborer | | | | | 22.78 |
| Coverage | Dwelling | @ | 100.00 % = | 22.78 | |
| Plumber | | | | | 171.44 |
| Coverage | Dwelling | @ | 100.00 % = | 171.44 | |

MENENDEZ-JOEL                                                        7/14/2009        Page: 25

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

| Adjustments for Base Service Charges | | | | | | | Adjustment |
|---|---|---|---|---|---|---|---|
| Painter | | | | | | | 87.36 |
| | Coverage | Dwelling | @ | 100.00 % = | 87.36 | | |
| Tile/Cultured Marble Installer | | | | | | | 146.12 |
| | Coverage | Dwelling | @ | 100.00 % = | 146.12 | | |
| Wallpaper Hanger | | | | | | | 87.96 |
| | Coverage | Dwelling | @ | 100.00 % = | 87.96 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Adjustments for Base Service Charges: | | | | | | 1,749.44 |
| Permit | | | | | | 350.00 |

| Line Item Totals: MENENDEZ-JOEL | | | 173,824.20 | 0.00 | 173,824.20 |
|---|---|---|---|---|---|

### Grand Total Areas:

| | | |
|---|---|---|
| 8,524.88  SF Walls | 2,262.98  SF Ceiling | 10,787.85  SF Walls and Ceiling |
| 2,262.98  SF Floor | 251.44  SY Flooring | 885.78  LF Floor Perimeter |
| 2,790.25  SF Long Wall | 1,670.85  SF Short Wall | 899.68  LF Ceil. Perimeter |
| 0.00  Floor Area | 0.00  Total Area | 0.00  Interior Wall Area |
| 0.00  Exterior Wall Area | 0.00  Exterior Perimeter of Walls | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | |

| Coverage | Amount | % | Grand Total | % |
|---|---|---|---|---|
| Dwelling | 171,675.81 | 99.97% | 217,272.77 | 99.97% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 48.95 | 0.03% | 60.93 | 0.03% |
| Total | 171,724.76 | 100.00% | 217,333.70 | 100.00% |

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

### Summary for Dwelling

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 171,675.81 |
| Total Adjustments for Base Service Charges | | | | 1,749.44 |
| Permit | | | | 350.00 |
| Material Sales Tax | @ | 7.000%  x | 82,700.26 | 5,789.02 |
| Subtotal | | | | 179,564.27 |
| Overhead | @ | 10.0%  x | 179,564.27 | 17,956.43 |
| Profit | @ | 10.0%  x | 197,520.70 | 19,752.07 |
| **Replacement Cost Value** | | | | **$217,272.77** |
| **Net Claim** | | | | **$217,272.77** |

L & M Construction Management Group

MENENDEZ-JOEL                                                        7/14/2009        Page: 27

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

### Summary for Contents

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 48.95 |
| Material Sales Tax | @ | 7.000% x | 20.07 | 1.40 |
| Subtotal | | | | 50.35 |
| Overhead | @ | 10.0% x | 50.35 | 5.04 |
| Profit | @ | 10.0% x | 55.39 | 5.54 |
| **Replacement Cost Value** | | | | **$60.93** |
| **Net Claim** | | | | **$60.93** |

L & M Construction Management Group

MENENDEZ-JOEL

7/14/2009      Page: 28

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

### Recap by Room

**Estimate: MENENDEZ-JOEL**

| | | | |
|---|---|---|---|
| **Kitchen/Family Room** | | 34,264.87 | 19.75% |
| Coverage: Dwelling | 100.00% = | 34,264.87 | |
| **Downstairs Hallway** | | 1,163.74 | 0.67% |
| Coverage: Dwelling | 95.79% = | 1,114.79 | |
| Coverage: Contents | 4.21% = | 48.95 | |
| **Downstairs Bathroom** | | 4,393.40 | 2.53% |
| Coverage: Dwelling | 100.00% = | 4,393.40 | |
| **Downstairs Bedroom** | | 3,766.50 | 2.17% |
| Coverage: Dwelling | 100.00% = | 3,766.50 | |
| **Laundry Room** | | 1,848.26 | 1.07% |
| Coverage: Dwelling | 100.00% = | 1,848.26 | |
| **Dining Room** | | 5,710.39 | 3.29% |
| Coverage: Dwelling | 100.00% = | 5,710.39 | |
| **Living Room** | | 6,697.27 | 3.86% |
| Coverage: Dwelling | 100.00% = | 6,697.27 | |
| **Stairway** | | 4,685.08 | 2.70% |
| Coverage: Dwelling | 100.00% = | 4,685.08 | |
| **Loft** | | 16,464.47 | 9.49% |
| Coverage: Dwelling | 100.00% = | 16,464.47 | |
| **Hall Bathroom** | | 20,459.46 | 11.79% |
| Coverage: Dwelling | 100.00% = | 20,459.46 | |
| **Northwest Bedroom** | | 15,537.67 | 8.96% |
| Coverage: Dwelling | 100.00% = | 15,537.67 | |
| **North Bedroom** | | 9,739.21 | 5.61% |
| Coverage: Dwelling | 100.00% = | 9,739.21 | |
| **Master Bedroom** | | 13,664.71 | 7.88% |
| Coverage: Dwelling | 100.00% = | 13,664.71 | |
| **Master Closet** | | 1,797.82 | 1.04% |
| Coverage: Dwelling | 100.00% = | 1,797.82 | |
| **Master Bath** | | 21,490.49 | 12.39% |
| Coverage: Dwelling | 100.00% = | 21,490.49 | |
| **General Conditions** | | 10,041.42 | 5.79% |
| Coverage: Dwelling | 100.00% = | 10,041.42 | |
| **Subtotal of Areas** | | 171,724.76 | 98.99% |
| Coverage: Dwelling | 99.97% = | 171,675.81 | |
| Coverage: Contents | 0.03% = | 48.95 | |
| **Base Service Charges** | | 1,749.44 | 1.01% |
| Coverage: Dwelling | 100.00% = | 1,749.44 | |

MENENDEZ-JOEL

7/14/2009          Page: 29

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

**Total**                                                          **173,474.20**        **100.00%**

---

MENENDEZ-JOEL                                          7/14/2009        Page: 30

# L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST  SUITE 106
MIAMI,FL 33186

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| **APPLIANCES** | | | 3,575.45 | 1.65% |
| Coverage: Dwelling | @ | 100.00% = | 3,575.45 | |
| **CABINETRY** | | | 49,968.07 | 22.99% |
| Coverage: Dwelling | @ | 100.00% = | 49,968.07 | |
| **CLEANING** | | | 3,153.50 | 1.45% |
| Coverage: Dwelling | @ | 100.00% = | 3,153.50 | |
| **GENERAL DEMOLITION** | | | 7,169.05 | 3.30% |
| Coverage: Dwelling | @ | 100.00% = | 7,169.05 | |
| **DOORS** | | | 1,733.45 | 0.80% |
| Coverage: Dwelling | @ | 100.00% = | 1,733.45 | |
| **DRYWALL** | | | 4,554.58 | 2.10% |
| Coverage: Dwelling | @ | 100.00% = | 4,554.58 | |
| **ELECTRICAL** | | | 2,773.25 | 1.28% |
| Coverage: Dwelling | @ | 98.23% = | 2,724.30 | |
| Coverage: Contents | @ | 1.77% = | 48.95 | |
| **FLOOR COVERING - CARPET** | | | 814.76 | 0.37% |
| Coverage: Dwelling | @ | 100.00% = | 814.76 | |
| **FLOOR COVERING - STONE** | | | 50,202.55 | 23.10% |
| Coverage: Dwelling | @ | 100.00% = | 50,202.55 | |
| **FINISH CARPENTRY / TRIMWORK** | | | 2,885.46 | 1.33% |
| Coverage: Dwelling | @ | 100.00% = | 2,885.46 | |
| **FINISH HARDWARE** | | | 299.18 | 0.14% |
| Coverage: Dwelling | @ | 100.00% = | 299.18 | |
| **HEAT, VENT & AIR CONDITIONING** | | | 6,886.02 | 3.17% |
| Coverage: Dwelling | @ | 100.00% = | 6,886.02 | |
| **LABOR ONLY** | | | 978.60 | 0.45% |
| Coverage: Dwelling | @ | 100.00% = | 978.60 | |
| **LIGHT FIXTURES** | | | 5,210.58 | 2.40% |
| Coverage: Dwelling | @ | 100.00% = | 5,210.58 | |
| **MARBLE - CULTURED OR NATURAL** | | | 84.72 | 0.04% |
| Coverage: Dwelling | @ | 100.00% = | 84.72 | |
| **MIRRORS & SHOWER DOORS** | | | 288.11 | 0.13% |
| Coverage: Dwelling | @ | 100.00% = | 288.11 | |
| **PLUMBING** | | | 1,523.28 | 0.70% |
| Coverage: Dwelling | @ | 100.00% = | 1,523.28 | |
| **PAINTING** | | | 9,118.02 | 4.20% |
| Coverage: Dwelling | @ | 100.00% = | 9,118.02 | |
| **SCAFFOLDING** | | | 150.00 | 0.07% |
| Coverage: Dwelling | @ | 100.00% = | 150.00 | |
| **TILE** | | | 14,994.68 | 6.90% |
| Coverage: Dwelling | @ | 100.00% = | 14,994.68 | |

MENENDEZ-JOEL                                        7/14/2009        Page: 31

## L & M CONSTRUCTION MANAGMENT GROUP INC.

GENERAL CONTRACTORS
CG-C061709
13131 SW 132 ST SUITE 106
MIAMI,FL 33186

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| **WINDOWS - ALUMINUM** | | | 1,102.78 | 0.51% |
| Coverage: Dwelling | @ | 100.00% = | 1,102.78 | |
| **WINDOW REGLAZING & REPAIR** | | | 209.01 | 0.10% |
| Coverage: Dwelling | @ | 100.00% = | 209.01 | |
| **WINDOW TREATMENT** | | | 1,517.95 | 0.70% |
| Coverage: Dwelling | @ | 100.00% = | 1,517.95 | |
| **WALLPAPER** | | | 2,531.71 | 1.16% |
| Coverage: Dwelling | @ | 100.00% = | 2,531.71 | |
| **Subtotal** | | | 171,724.76 | 79.01% |
| **Base Service Charges** | | | 1,749.44 | 0.80% |
| Coverage: Dwelling | @ | 100.00% = | 1749.44 | |
| **Permits and Fees (Coverage: Dwelling)** | | | 350.00 | 0.16% |
| **Material Sales Tax** | @ | 7.000% | 5,790.42 | 2.66% |
| Coverage: Dwelling | @ | 99.98% = | 5,789.02 | |
| Coverage: Contents | @ | 0.02% = | 1.40 | |
| **Overhead** | @ | 10.0% | 17,961.47 | 8.26% |
| Coverage: Dwelling | @ | 99.97% = | 17,956.43 | |
| Coverage: Contents | @ | 0.03% = | 5.04 | |
| **Profit** | @ | 10.0% | 19,757.61 | 9.09% |
| Coverage: Dwelling | @ | 99.97% = | 19,752.07 | |
| Coverage: Contents | @ | 0.03% = | 5.54 | |
| **O&P Items Subtotal** | | | 217,333.70 | 100.00% |

MENENDEZ-JOEL                                     7/14/2009          Page: 32

**09-23516-Civ-Hoeveler/Turnoff** Entered on FLSD Docket 11/19/2009 Page 71 of 71 *JGY* D.C.

ELECTRONIC

JS 44 (Rev. 2/08)

## CIVIL COVER SHEET

**Nov. 19, 2009**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as r by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk o the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed C**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### I. (a) PLAINTIFFS
JOEL MENENDEZ

### DEFENDANTS
AMERICAN SECURITY INSURANCE (
PORTFOLIO SERVICING, INC.

**(b)** County of Residence of First Listed Plaintiff  Miami-Dade County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Kenneth R. Duboff, Esq.
12430 West Dixie Highway
North Miami, FL 33161
Tel: (305) 899-0085

William R. Clayton, Esq. Greenberg Traurig, 401 East Las Olas Blvd., Ft.
Lauderdale, FL 33301; and
**Jeffrey S. Lapin, Esq.,** Lapin & Leichtling, LLP, 255 Alhambra Circle, Suite 800,
Coral Gables, Florida 33134

**(d)** Check County Where Action Arose: ☑ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
       (U.S. Government Not a Party)

☐ 2  U.S. Government
       Defendant

☑ 4  Diversity
       (Indicate Citizenship of Parties in Item III)

O9 cv 23516  Hoeveler/Turnoff

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization | | Under Equal Access to Justice |
| | Employment | ☐ 550 Civil Rights | Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien | | |
| | Other | | Detainee | | ☐ 950 Constitutionality of State |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | Statutes |
| | | | Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original
       Proceeding

☑ 2 Removed from
       State Court

☐ 3 Re-filed-
       (see VI below)

☐ 4 Reinstated or
       Reopened

☐ 5 Transferred from
       another district
       (specify)

☐ 6 Multidistrict
       Litigation

☐ 7 Appeal to District
       Judge from
       Magistrate
       Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO        b) Related Cases ☐ YES ☑ NO

JUDGE                                    DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

28 USC Section 1332 - There is complete diversity of citizenship between Plaintiff and Derendants.

LENGTH OF TRIAL via 3____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

**DEMAND $**
in excess of $75,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE
November 19, 2008

Sara Levy, Esquire

**FOR OFFICE USE ONLY**

AMOUNT                RECEIPT #                IFP

#548127